Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| *NORTHERN* DISTRICT OF *CALIFORNIA* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Tipton, Richard Ferguson** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| *aka Richard Tipton, aka Rick Tipton* | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1354** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *637 Cornelia Court* *Mountain View CA* ZIPCODE *94040* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Santa Clara* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): *P.O. Box 60221* *Palo Alto CA* ZIPCODE *94306* | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other *Real Estate Manager*

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Richard Ferguson Tipton* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____ *04/18/2011*<br>Signature of Attorney for Debtor(s)              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Richard Ferguson Tipton* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Richard Ferguson Tipton*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*04/18/2011*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** */s/ Stephen Benda (SBN #126608)*
Signature of Attorney for Debtor(s)

*Stephen Benda (SBN #126608)*
Printed Name of Attorney for Debtor(s)

*Law Offices of Stephen Benda*
Firm Name

*750 Menlo Avenue*
Address

*Suite 350*

*Menlo Park CA   94025*

*(650) 323-6600   Esq@Bendalaw.com*
Telephone Number

*04/18/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Richard Ferguson Tipton*
     *aka Richard Tipton*
     *aka Rick Tipton*

Case No.

Chapter *11*

_____ ,
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Abel, et al. v. JSW, et al.*<br>*c/o James R. Walsh, Esq.*<br>*250 Lafayette Cir., Ste.*<br>*Lafayette CA 94549* | Phone: *(925) 284-7400*<br>*Abel, et al. v. JSW, et al.*<br>*c/o James R. Walsh, Esq.*<br>*250 Lafayette Cir., Ste.*<br>*Lafayette CA 94549* | *Potential claim* | C U D | $ 3,400,000.00 |
| 2<br>*S. Mayer vs JSW Financial Inc.*<br>*c/o Leonard E. Marquez*<br>*1111 Broadway St., 24Fl*<br>*Oakland CA 94607* | Phone: *(510) 834-6600*<br>*S. Mayer vs. JSW Financial Inc*<br>*c/o Leonard E. Marquez*<br>*1111 Broadway St. 24Fl*<br>*Oakland CA 94607* | *Civil Lawsuit Pending* | D | $ 1,900,000.00 |
| 3<br>*Litke O'Farrell, LLC*<br>*c/o R. Gullen at Rossi Hamer.*<br>*1960 Alameda, Suite 200*<br>*San Jose CA 95126* | Phone: *(408) 261-4252*<br>*Litke O'Farrell, LLC*<br>*c/o Rossi Hamerslough*<br>*1960 Alameda, Suite 200*<br>*San Jose CA 95126* | *Judgment* | D | $ 675,000.00 |
| 4<br>*SB Capital*<br>*4 Main Street*<br>*Los Altos CA 94022* | Phone: 650.559.5601<br>*SB Capital*<br>*4 Main Street*<br>*Los Altos CA 94022* | *Judgment* | D | $ 600,000.00 |
| 5<br>*Indemnity Company of CA*<br>*17780 Fitch*<br>*Irvine CA 92614* | Phone: *(949) 263-3300*<br>*Indemnity Company of CA*<br>*17780 Fitch*<br>*Irvine CA 92614* | *Potential claim* | D | $ 370,000.00 |

Page 1

_____   ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Toyon Group, LP<br>PO Box 1928<br>Mountain View CA  94042 | Phone: Unknown<br>Toyon Group, LP<br>PO Box 1928<br>Mountain View CA  94042 | Indemnitor for bonds | D | $ 106,000.00 |
| 7<br>J. Mills vs. JSW Financial Inc.<br>c/o R. Gullen at Rossi Hamer..<br>1960 The Alameda, Suite 200<br>San Jose CA  95126 | Phone: (408) 261-4252<br>J. Mills vs JSW Financial Inc.<br>c/o R. Gullen of Rossi Hamer..<br>1960 Alameda, Suite 200<br>San Jose CA  95126 | Civil Lawsuit Settled | | $ 60,000.00 |
| 8<br>Wells Fargo<br>PO Box 31557<br>Billings MT  59107 | Phone: (406) 655-6300<br>Wells Fargo<br>PO Box 31557<br>Billings MT  59107 | Business line | | $ 60,000.00 |
| 9<br>Chiles and Prochnow, LLP<br>Ken Prochnow<br>2600 El Camino Real, Ste.<br>Palo Alto CA  94306 | Phone: (650) 812-0400<br>Chiles and Prochnow, LLP<br>Ken Prochnow<br>2600 El Camino Real, Ste.<br>Palo Alto CA  94306 | Legal services/Civil Litigation | | $ 40,000.00 |
| 10<br>Wells Fargo<br>PO Box 14157<br>Des Moines IA  50306 | Phone: (800) 642-4720<br>Wells Fargo<br>PO Box 14157<br>Des Moines IA  50306 | Business Credit Card | | $ 26,000.00 |
| 11<br>California Bank Trust<br>700 West El Camino Real<br>Mountain View CA  94040 | Phone: (650) 969-9440<br>California Bank Trust<br>700 West El Camino Real<br>Mountain View CA  94040 | Business Credit Card | | $ 21,000.00 |
| 12<br>Wells Fargo Bank<br>P.O. Box 14517<br>Des Moines IA  50306 | Phone: (800) 642-4720<br>Wells Fargo Bank<br>P.O. Box 14517<br>Des Moines IA  50306 | Credit Card | | $ 21,000.00 |
| 13<br>Bank of Omaha<br>1620 Dodge Street<br>Omaha NE  68197 | Phone: Unknown<br>Bank of Omaha<br>1620 Dodge Street<br>Omaha NE  68197 | Unknown claim | C<br>U<br>D | $ 20,000.00 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>*Home Depot Credit Services*<br>*PO Box 183175*<br>*Columbus OH  43218-3175* | Phone: *Unknown*<br>*Home Depot Credit Services*<br>*PO Box 183175*<br>*Columbus OH  43218-3175* | *Business Credit Card* | | $ *18,000.00* |
| 15<br>*Long & Levit LLP*<br>*465 California St., Suite 500*<br>*San Francisco CA  94104* | Phone:<br>*Long & Levit LLP*<br>*465 California St., Suite 500*<br>*San Francisco CA  94104* | *Legal services* | | $ *11,813.00* |
| 16<br>*CitiBusiness Card*<br>*PO Box 6416*<br>*The Lakes NV  88901-6416* | Phone: *Unknown*<br>*CitiBusiness Card*<br>*PO Box 6415*<br>*The Lakes NV  88901-6415* | *Business Credit Card* | D | $ *6,900.00* |
| 17<br>*HCC*<br>*601 S. Figueroa St., Ste. 1600*<br>*Los Angeles CA  90017* | Phone: *Unknown*<br>*HCC*<br>*601 S. Figeroa St., Suite 1600*<br>*Los Angeles CA  90017* | *Lawsuit* | C<br>D | $ *6,800.00* |
| 18<br>*Wells Fargo*<br>*PO Box 14157*<br>*Des Moines IA  50306* | Phone: *(800) 642-4720*<br>*Wells Fargo*<br>*PO Box 14157*<br>*Des Moines IA  50306* | *Business Credit Card* | | $ *3,700.00* |
| 19<br>*Palo Alto Medical Foundation*<br>*PO Box 60000 (File No. 74003)*<br>*San Francisco CA*<br>*94160-0001* | Phone:<br>*Palo Alto Medical Foundation*<br>*PO Box 60000 (File No. 74003)*<br>*San Francisco CA*<br>*94160-0001* | | | $ *2,254.15* |
| 20<br>*Wells Fargo Bank*<br>*P.O. Box 31557*<br>*Billings MT  59107* | Phone:<br>*Wells Fargo Bank*<br>*P.O. Box 31557*<br>*Billings MT  59107* | *Business line* | | $ *609.00* |

_____ ,
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: *4/18/2011*          Signature  */s/ Richard Ferguson Tipton*_____
                              Name:  *Richard Ferguson Tipton*

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 7 of 241

In re   Richard Ferguson Tipton
_____
                    Debtor(s)

Case number:  _____
                              (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☒ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $8,500.00 | |
| 3 | **Net Income from the operation of a business, profession, or farm.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$0.00</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $0.00 | |
| 4 | **Net rental and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate colmun(s) of Line 4. Do not enter a number less than zero.<br><table><tr><td>a.</td><td>Gross receipts</td><td>$0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $0.00 | |
| 5 | **Interest, dividends, and royalties.** | $0.00 | |
| 6 | **Pension and retirement income.** | $0.00 | |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | |
| 8 | **Unemployment compensation.**  Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $0.00</td><td>Spouse _____</td></tr></table> | $0.00 | |

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |

| | | |
|---|---|---|
| a. | | 0 |
| b. | | 0 |

| | | |
|---|---|---|
| Total and enter on Line 9 | $0.00 | |

| | | | |
|---|---|---|---|
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $8,500.00 | |
| 11 | **Total current monthly income.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $8,500.00 |

## Part II: VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: April 15, 2011     Signature: **/s/ Richard Ferguson Tipton** <br> (Debtor) <br><br> Date: _____ Signature: _____ <br> (Joint Debtor, if any ) |

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 9 of 241

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Richard Ferguson Tipton*

Case No.
Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          *0.00* | | |
| B-Personal Property | *Yes* | *7* | $     *158,266.00* | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      *50,002.39* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $          *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *105* | | $   *7,350,506.15* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      *7,690.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $      *6,945.00* |
| TOTAL | | *124* | $     *158,266.00* | $   *7,400,508.54* | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Richard Ferguson Tipton*

Case No.

Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____

Debtor(s)                                                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

In re **Richard Ferguson Tipton** , Case No. _____
_____Debtor(s)_____ (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on Hand*<br>*Location: In debtor's possession* | | $ 280.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account xxxx5237**<br>*Location: Palo Alto, CA* | | $ 932.00 |
| | | **Wells Fargo savings account xxxx8780**<br>*Location: Palo Alto, CA* | | $ 0.00 |
| | | **Wells Fargo checking account xxxx4623**<br>*Location: Palo Alto, CA* | | $ 229.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods and furnishings*<br>*Location: In debtor's possession* | | $ 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books and Pictures and Other Art Objects;*<br>*Collectibles*<br>*Location: In debtor's possession* | | $ 250.00 |
| 6. Wearing apparel. | | *Clothing and shoes*<br>*Location: In debtor's possession* | | $ 1,175.00 |
| 7. Furs and jewelry. | X | | | |

Page ___1___ of ___7___

In re _Richard Ferguson Tipton_ ,      Case No. _____
                     Debtor(s)                                                   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Sports/Hobby Equipment* *Location: In debtor's possession* | | $ 1,000.00 |
| | | *Term Life Insurance - Northwestern Mutual ($500,000); Payor: Tipton Management Company; Beneficiary Tipton Metro, LLC. Location: In Tipton Management Company's possession* | | $ 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *American Hotels, Inc.* *Company defunct* | | $ 0.00 |
| | | *Columbiana Development, Inc.* *15% interest* *0 Assets - out of business since 2008* *Location: In debtor's possession* | | $ 0.00 |
| | | *JSW Financial, Inc.* *33% interest* *In bankruptcy* | | $ 0.00 |
| | | *JSW Homes, Inc.* *33% interest* *Abandoned* | | $ 0.00 |
| | | *Tipton Management Company\** *50% interest\** *Equity -$140K* *YTD loss $20K* | | $ 0.00 |

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 14 of 241

In re _Richard Ferguson Tipton_ ,      Case No. _____

       Debtor(s)                                                   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | Location: P.O. Box 60221 Palo Alto, CA 94306 | | |
| | | 1144 El Abra, LP, defunct 14.85% interest | | $ 0.00 |
| | | 1197 Crescent Drive, LP, defunct 14.85% interest | | $ 0.00 |
| | | 1263 Richardson LLC, defunct | | $ 0.00 |
| | | 2400 Lansford Avenue, LP, defunct 14.85% interest | | $ 0.00 |
| | | 3654 Highland Avenue, LLC, defunct 14.85% interest | | $ 0.00 |
| | | 3870 Magnolia Drive, LP, defunct 14.85% interest | | $ 0.00 |
| | | 498 Fulton Street, LP, defunct 14.85% interest | | $ 0.00 |
| | | 700 Chimalus Drive, LP, defunct 14.85% interest | | $ 0.00 |
| | | 941 Michigan Avenue, LP, defunct 14.85% interest | | $ 0.00 |
| | | DCL, LLC, defunct 33.3% interest | | $ 0.00 |
| | | Emerson Management LLC* 50% Interest* Company has one contract Equity $6.6K Location: P.O. Box 60221 Palo Alto, CA 94306 | | $ 3,300.00 |

In re _Richard Ferguson Tipton_ , Case No. _____
              Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Firestone Lodge Partners - General Partnership* 1.5% interest* Equity $1 million Location: 2596 Bay Road, #A Redwood City, CA 94063 | | $ 15,000.00 |
| | | Gilroy Ramada Partners - General Partnership* 9% General Partner interest* Equity $627K Location: 2596 Bay Road, #A Redwood City, CA 94063 | | $ 56,000.00 |
| | | Hayward Partners - General Partnership* 12.5% general partner interest* Capital Account -$20K Location: 981 Calle Negocio, Suite 200 San Clemente, CA 92673 | | $ 0.00 |
| | | Isabelle Court, LP, defunct 14.85% interest | | $ 0.00 |
| | | Metropolitan Hotel, LLC* 50% interest* Equity -$50K Location: P.O. Box 60221 Palo Alto, CA 94306 | | $ 0.00 |
| | | Sequoia Main Street., LLC* 14.5% interest* Equity $510K Location: 2596 Bay Road. #A Redwood City, CA 94063 | | $ 74,000.00 |

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 16 of 241

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____

               Debtor(s)                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Tipton Metro, LLC*_<br>_50% interest*_<br>_Equity -$270K_<br>_Location: P.O. 60221_<br>_Palo Alto, CA 94306_ | | $ 0.00 |
| | | _Topping Way, LP, defunct_<br>_24% interest_ | | $ 0.00 |
| | | _Toyon Group, LP, defunct_<br>_14.85% interest_ | | $ 0.00 |
| | | _PLEASE NOTE: On January 18, 2011, pursuant to a marital settlement agreement executed on said date, an equal share of interest in all of the assets marked with an "*" after the word "interest" in 13 and 14 above was transferred by debtor to Marcia Tipton, thus effectuating a 50/50 split of that part of the community property existing at the time._ | | $ 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | _Shareholder Loan to Tipton Management Company_<br>_Likelihood of repayment: None as Tipton Management Company's equity is approximately -$140,000.00._<br>_Location: At Tipton Management Company_ | | $ 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to | X | | | |

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 17 of 241

In re __Richard Ferguson Tipton__ ,     Case No. _____
               Debtor(s)                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2006 Chevrolet Cobalt, 50% interest* *Location: Daughter uses it exclusively* | | $ 3,300.00 |
| | | *2009 Lexus lease (3 months left)* *Location:  Ex-wife* | | $ 0.00 |
| | | *2011 Volkswagon Jetta* *36 month lease* *Debtor is nominee for Tipton Management to provide credit* | | $ 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Computer* *Location: In debtor's possession* | | $ 200.00 |
| | | *Filing Cabinets* *Location: In debtor's possession* | | $ 100.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 18 of 241

In re <u>**Richard Ferguson Tipton**</u> , Case No. _____
                Debtor(s)                                                       (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➤ | $ 158,266.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:55:32   Page 19 of 241

In re Richard Ferguson Tipton , Case No. _____

Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on Hand | Calif. C.C.P. §703.140(b)(5) | $ 280.00 | $ 280.00 |
| Bank Account | Calif. C.C.P. §703.140(b)(5) | $ 229.00 | $ 229.00 |
| Bank Account | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Bank Account | Calif. C.C.P. §703.140(b)(5) | $ 932.00 | $ 932.00 |
| Household goods | Calif. C.C.P. §703.140(b)(3) | $ 2,500.00 | $ 2,500.00 |
| Books and Pictures | Calif. C.C.P. §703.140(b)(3) | $ 250.00 | $ 250.00 |
| Wearing Apparel | Calif. C.C.P. §703.140(b)(3) | $ 1,175.00 | $ 1,175.00 |
| Sports/Hobby Equipment | Calif. C.C.P. §703.140(b)(3) | $ 1,000.00 | $ 1,000.00 |
| Term Life Insurance | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Tipton Management Company* | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Emerson Management LLC* | Calif. C.C.P. §703.140(b)(5) | $ 3,300.00 | $ 3,300.00 |
| Hayward Partners* | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Metropolitan Hotel, LLC* | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Sequoia Main Street., LLC* | Calif. C.C.P. §703.140(b)(5) | $ 18,495.00 | $ 74,000.00 |
| Tipton Metro, LLC* | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Shareholder Loan | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |

Page No. __1__ of __2__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re  **Richard Ferguson Tipton** _____ ,  Case No. _____

Debtor(s)                                                        (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *2006 Chevrolet Cobalt, 50% interest* | *Calif. C.C.P. §703.140(b)(2)* | *$ 3,300.00* | *$ 3,300.00* |
| *2009 Lexus* | *Calif. C.C.P. §703.140(b)(2)* | *$ 0.00* | *$ 0.00* |
| *2011 Volkswagon Jetta* | *Calif. C.C.P. §703.140(b)(2)* | *$ 0.00* | *$ 0.00* |
| *Computer* | *Calif. C.C.P. §703.140(b)(6)* | *$ 200.00* | *$ 200.00* |
| *Filing Cabinets* | *Calif. C.C.P. §703.140(b)(6)* | *$ 100.00* | *$ 100.00* |

Page No. __2__ of __2__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**In re** *Richard Ferguson Tipton* ,                                Case No. _____
                          **Debtor(s)**                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Lexus of Stevens Creek* *3333 Stevens Creek Blvd.* *San Jose CA 95117* | | *2009* *Car lease* *2009 Lexus lease*  Value: *$ 0.00* | | | | *$ 24,002.39* | *$ 1,002.39* |
| Account No: *Creditor # : 2* *VW Credit Leasing* *1401 Franklin Blvd.* *Libertyville IL 60048* | | *2011* *Car lease* *2001 Volkswagon Jetta*  Value: *$ 0.00* | | | | *$ 26,000.00* | *$ 740.00* |
| Account No: | | Value: | | | | | |
| No continuation sheets attached | | | | | Subtotal $ (Total of this page) | *$ 50,002.39* | *$ 1,742.39* |
| | | | | | Total $ (Use only on last page) | *$ 50,002.39* | *$ 1,742.39* |
| | | | | | (Report also on Summary of Schedules.) | | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re Richard Ferguson Tipton                                                          ,     Case No._____

Debtor(s)                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_     **continuation sheets attached**

In re _Richard Ferguson Tipton_ ,      Case No._____

**Debtor(s)**      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| **Account No:** *Creditor # : 1* *Franchise Tax Board* *PO Box 2952* *Bankruptcy Unit* *Sacramento CA 95812-2952* | | *2008, 2009, 2010* *Notice only* | | X | X | X | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| **Account No:** *Creditor # : 2* *Internal Revenue Service* *PO Box 21126* *Philadelphia PA 19114-0326* | | *2008, 2009, 2010* *Notice only* | | X | X | X | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| **Account No:** | | | | | | | | | |
| **Account No:** | | | | | | | | | |
| **Account No:** | | | | | | | | | |
| **Account No:** | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *0.00* | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | *0.00* | *0.00* |

B6F (Official Form 6F) (12/07)

In re  *Richard Ferguson Tipton*                                              ,     Case No. _____
           **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Husband, Wife, Joint, Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1**<br>**1197 Crescent Drive, LP**<br>**PO Box 1928**<br>**Mountain View CA 94042** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 2**<br>**1263 Richardson, LLC**<br>**PO Box 1928**<br>**Mountain View CA 94042** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 3**<br>**3654 Highland Avenue, LLC** | | | *Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 4**<br>**498 Fulton Street, LP**<br>**PO Box 1928**<br>**Mountain View CA 94042** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |

*104* continuation sheets attached

                                                         **Subtotal $**      $ 0.00

                                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____
   **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> 84 Lumber <br> PO Box 365 <br> Eighty Four PA 15330-0365 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 6 <br> 941 Michigan Avenue, LP <br> PO Box 1928 <br> Mountain View CA 94042 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 7 <br> Abel, et al. v. JSW, et al. <br> c/o James R. Walsh, Esq. <br> 250 Lafayette Cir., Ste. 107 <br> Lafayette CA 94549 | | | 2009 <br> Potential claim <br> Complaint claims 3.4 million. Was dismissed without prejudice. | X | X | X | $ 3,400,000.00 |
| Account No: <br> Creditor # : 8 <br> Abel, Mark <br> 3166 Camino de Aguas <br> Carlsbad CA 92009 | | | Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 9 <br> Able Underground Construction <br> 1020 Ruff Dr. <br> San Jose CA 95110 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 10 <br> Adamski, Christopher <br> PO Box 5837 <br> Carmel CA 93921 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _1_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          **Subtotal $**       $ 3,400,000.00
                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,  Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 11 ABS 2847 Gundry Ave Long Beach CA 90806 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 12 AC Solutions 5029 Balboa Blvd Encino CA 91316 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 13 Accountemps File 73484 P.O. Box 600000 San Francisco CA 94160-3484 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 14 Accurate Cleaning Systems P.O. Box 2465 Hollister CA 95024-2465 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 15 Adamski, Christopher 2453 Zalinger Rd. Columbus OH 43221 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 16 ADC A Fine Kitchen & Bath Showroom 1264 S. Bascom Ave. San Jose CA 95128-3513 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _2_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,          Case No. _____
          **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 AICCO, Inc. Department 7615 Los Angeles CA 90084-7615 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 18 Ajluni, Fadwa 670 Hathaway Court San Jose CA 95136 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 19 Ajluni, Jack 142 Stone Pine Lane Menlo Park CA 94025 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 20 Ajluni, Sabri 670 Hathaway Court San Jose CA 95136 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 21 Ajluni, Salem P.O. Box 770001 Cincinnati OH 45277-0003 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 22 Ajluni, Salem 670 Hathaway Court San Jose CA 95136 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _3_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Richard Ferguson Tipton_ _____,     Case No._____
               **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 23* *Alcantar, Dyane* *5851 Masoni Place* *Gilroy CA 95020* | | | *2008* *Notice only* | X | X | X | *$ 0.00* |
| Account No: *Creditor # : 24* *Alcantar, Isiah* *5851 Masoni Place* *Gilroy CA 95020* | | | *2008* *Notice only* | X | X | X | *$ 0.00* |
| Account No: *Creditor # : 25* *Alhambar & Sierra Springs* *PO Box 660579* *Dallas TX 75266-0579* | | | *2008* *Notice only* | X | X | X | *$ 0.00* |
| Account No: *Creditor # : 26* *Allard, Jeffrey* *1574 Winding Way* *Belmont CA 94002* | | | *2008* *Notice only* | X | X | X | *$ 0.00* |
| Account No: *Creditor # : 27* *Alleman, Rodger and Lorriane* *1640 Elmhurst Drive* *Los Altos CA 94024* | | | *2008* *Notice only* | X | X | X | *$ 0.00* |
| Account No: *Creditor # : 28* *Allen, James P.* *611 Mission Street* *Santa Cruz CA 95060* | | | *2008* *Notice only* | X | X | X | *$ 0.00* |
| | | | | | | Subtotal $ | *$ 0.00* |
| | | | | | | Total $ | |

Sheet No. __4__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,     Case No. _____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 Allen, Robert & Dorothy 12468 Barley Hill Road Los Altos CA 94024-5235 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 30 Alois Tieber 1336 Cerro Verde San Jose CA 95120-4905 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 31 Altos Developers, LLC 833 N. San Antonio Rd. Los Altos CA 94022 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 32 Alvand Construction 10413 Torre Avenue Suite 700 Cupertino CA 95014 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 33 AmberWood Products Inc. 1555 S. Seventh St. Building 7 San Jose CA 95112 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 34 American Blueprint Service 325 Prescott Ln Pacific Grove CA 93950 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. __5__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,   Case No. _____
          **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>American Soil Testing, Inc.<br>2734 S. Bascom Avenue<br>San Jose CA 95124 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 36<br>Anderson, Jon & Linda<br>16808 Tudor Lane<br>Meadow Vista CA 95722 | | | 2008 | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 37<br>Anoosheh, Khashayar<br>14840 Las Flores Lane<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 38<br>Anthem Engineering<br>42111 N. La Crosse Trail<br>Anthem AZ 85086 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 39<br>Applied Business Software, Inc<br>2847 Gundry Ave<br>Long Beach CA 90755 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 40<br>Archer, Albert & Eleanor<br>3799 Sylvia Lane<br>Auburn CA 95602 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _6_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**        $ 0.00

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Richard Ferguson Tipton_ , Case No. _____

Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 41 Archer, Kelley 5810 Cowen PL. NE, #105 Seattle WA 98105-2525 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 42 Armbrust,Dorothy& Wade & Gayle 3604 Grant Court Columbia MO 65203-5800 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 43 Assar, Mahmud 450 Cliff Drive Aptos CA 95003 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 44 Assar, Mahmud 422 Seaview Drive Aptos CA 95003 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 45 Atlantic Concrete PO Box 1772 Gilroy CA 95021 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 46 Attorneys Corporation Service 3021 W. MAgnolia Blvd. Burbank CA 91505 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _7_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,      Case No._____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 47<br>Baker, Norman<br>11789 Lakeshore N<br>Auburn CA 95602-8316 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 48<br>Bakshi, Lakshmi<br>550 Ortega Avenue<br>Box A-112<br>Mountain View CA 94040 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 49<br>Balter McMillan,Diane&Michael<br>2672 McAllister Street<br>San Francisco CA 94118 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 50<br>Bancroft, Edward<br>7025 Cook Court SE<br>Snoqualmie  WA 98065 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 51<br>Bank of Omaha<br>1620 Dodge Street<br>Omaha NE 68197 | | | 2008<br>Unknown claim<br>American Hotels & Crown Mgmt.<br>Company charges after Debtor sold<br>shares. | X | X | X | $ 20,000.00 |
| Account No:<br>Creditor # : 52<br>Barco Construcion, Inc<br>380 Mansfield Rd.<br>Hollister CA 95023 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __8__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 20,000.00 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,          Case No._____
              **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 53<br>Barry, Michelle<br>324 Durham Street<br>Menlo Park CA 94025 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 54<br>Bay Area Sports Hall of Fame<br>235 Montgomery St.<br>12th Floor<br>San Francisco CA 94104 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 55<br>BB&T Insurence Svcs of CA, Inc<br>PO Box 51793<br>Los Angeles CA 90051-6093 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 56<br>BBB<br>1000 Broadway Suite 625<br>Oakland CA 94607 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 57<br>Beams, Terry<br>13643 Morgan Street<br>Fontana  CA 92336-3814 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 58<br>Beautz, Luke R., C.E., L.S.<br>2026 Alice Street<br>Santa Cruz CA 95062 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _9_ of _104_ continuation sheets attached to Schedule of          **Subtotal $**          $ 0.00
Creditors Holding Unsecured Nonpriority Claims
                                                                            **Total $**
                                              (Use only on last page of the completed Schedule F. Report also on Summary of
                                              Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 34 of 241

In re _Richard Ferguson Tipton_ , Case No. _____

_____**Debtor(s)**_____ **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 59<br>Bellino, Robert<br>2856 Bardy Road<br>Santa Rosa CA 95404 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br><br>Creditor # : 60<br>Belmont Doors<br>550 Harbor Blvd<br>Belmont   CA 94002 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br><br>Creditor # : 61<br>Bernstein, Melvin & Aviva<br>726 Loma Verde<br>Palo Alto CA 94303 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br><br>Creditor # : 62<br>Beeson, Janelle<br>16440 Kings Canyon Court<br>Morgan Hill CA 95037 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br><br>Creditor # : 63<br>Best Beverage Catering<br>540 Barneveld Ave. Unit K<br>San Francisco CA 94124-1804 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br><br>Creditor # : 64<br>Birang, Manush<br>18836 Favre Ridge Road<br>Los Gatos CA 95033 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |

Sheet No. _10_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                                   Case No. _____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 65 <br> Black, Boyd <br> 9403 Lincolnwood Drive <br> Evanston IL 60203 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 66 <br> Black, Dwight <br> 941 Michigan Avenue <br> San Jose CA 95125 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 67 <br> Black, Emerson <br> PO Box 6293 <br> Indianapolis IN 46206-6293 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 68 <br> Bleibler, Kenneth <br> 559 Cherry Avenue <br> Los Altos CA 94022 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 69 <br> Bleibler, Robert & Ruth <br> 808 Grape Avenue <br> Sunnyvale CA 94087 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 70 <br> Blue Chip Realty Fund, LLC <br> PO Box 1928 <br> Mountain View CA 94042 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _11_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _Richard Ferguson Tipton_ _____ ,     Case No. _____
                                 **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 71<br>Blue Cross of California<br>PO Box 70000<br>Van Nuys CA 91470-0001 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 72<br>Blue Shield of California<br>PO Box 272540<br>Chico CA 95927-2540 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 73<br>Boliard, Takasugi, & McBride<br>950 Iron Point Rd, Ste 240<br>Folsom CA 95630 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 74<br>Bonanza Heating & Air<br>1098 - A Independence Ave<br>Mountain View CA 94043-- | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 75<br>Booth, Richard<br>3979 Nordica Court<br>San Jose CA 95124 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 76<br>Borbar, Jamshid<br>104 Hilow Court<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __12__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              **Subtotal $**        $ 0.00
                                                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,    Case No. _____
               **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 77** *Bordbar, Kamyar or Nilgun* *104 Hilow Court* *Los Gatos CA 95032* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 78** *Bordbar, Roxanna* *104 Hilow Court* *Los Gatos CA 95032* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 79** *Bowles, Judy* *5886 Cabral Avenue* *San Jose CA 95123* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 80** *Bowman & Williams* *1011 Cedar* *Santa Cruz CA 95061-1621* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 81** *Boyer, Renate* *111 Morse Avenue #230* *Sunnyvale CA 94089* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 82** *Bradshaw, Leslie* *1095 Sanders Drive* *Moraga CA 94556* | | | *2008* *Notice only* | X | X | X | $ 0.00 |

Sheet No. _13_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,   Case No. _____
_____**Debtor(s)**_____   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 83 <br> Branagan, Thomas <br> 4150 Court Dr. <br> Santa Cruz CA 95062 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 84 <br> Brand Technologies, Inc. <br> 2652 Falmouth Rd. <br> Toledo OH 43615 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 85 <br> Brandon Vaccro Photography <br> 848 Corriente Pointe Dr. <br> Redwood City CA 94065 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 86 <br> Breitbard, Susan <br> 765 Chimalus Avenue <br> Palo Alto CA 94306 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 87 <br> Brown, Edward <br> 4112 Pine Meadows Way <br> Pebble Beach CA 93953 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 88 <br> Brown, Margot <br> 3217 Fiji Lane <br> Alameda CA 94502 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _14_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,  Case No. _____
  **Debtor(s)**  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 89 Brown, Muriel 819 Toyon Way Redwood City CA 94062 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 90 Brown, Ronald & Sharon 828 Toyon Way Redwood City CA 94062 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 91 Browne, Harry 850 Webster Street, Apt. 715 Palo Alto CA 94301 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 92 Bruno, Bobbie 870 Old Farm Lane Aptos CA 95003 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 93 Builders Control Inc. 18 Embarcadero Cove Oakland CA 94606-5211 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 94 Burns, Susan 519 North Street, #2 Sausalito CA 94965 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _15_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 95<br>Busetti, Margaret<br>c/o Margherita Labanca<br>Via Marzanica 39<br>24124 BERGAMO Italy | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 96<br>C & W Communications Inc<br>214 Creekside Village Dr.<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 97<br>CA Attorney General<br>1300 I Street<br>Sacramento CA 95814 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 98<br>CA Board of Equalization<br>PO Box 942879<br>Sacramento CA 94279-0001 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 99<br>California Bank Trust<br>700 West El Camino Real<br>Mountain View CA 94040 | | | 2008<br>Business Credit Card<br>Corporate credit card | | | | $ 21,000.00 |
| Account No:<br>Creditor # : 100<br>California Choice<br>721 S. Parker<br>Ste. 200<br>Orange CA 92868 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __16__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 21,000.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 101 <br> California Custom Carpets <br> 6815 Dublin Blvd. <br> Dublin CA 94586 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 102 <br> California Land Title of Marin <br> 700 Irwin St. Ste 100 <br> San Rafael CA 94901 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 103 <br> California Living & Energy <br> 3015 Dale Court <br> Ceres CA 95307 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 104 <br> Campinotti, Diana <br> 350 Troon Way <br> Half Moon Bay CA 94019 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 105 <br> Canada Woods Water Company <br> PO Box 221850 <br> Carmel CA 93922 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 106 <br> Carney, Ian D. <br> 150 Park Ave <br> Felton CA 95018 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __17__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____,     Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 107** **Carney, Mickey** **1155 Country Club Dr.** **Ben Lomond   CA 95005** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 108** **Carrel, Katy** **10341 Cherry Tree Lane** **Cupertino CA 95014** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 109** **Carrel, Robert & Marilyn** **9733 Bainbridge Place** **Stockton CA 95209** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 110** **Carter, Alice** **200 Sheridan Avenue Apt 201** **Palo Alto CA 94306** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 111** **Cassel, Ronald and Karen** **128 Magneson Terrace** **Los Gatos CA 95032** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 112** **Castano, Esther** **236 Rodrigues Avenue** **Milpitas CA 95035-5718** | | | *2008* *Notice only* | X | X | X | $ 0.00 |

Sheet No. __18__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,    Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 113** *Cbeyond* *PO Box 50326* *Los Angeles CA 90074-0326* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 114** *CCC* *150 Park Ave* *Felton CA 95018* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 115** *Chancellor, Brian & Nana* *106 Peninsula Avenue* *San Mateo CA 94401* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 116** *Chang, Chueh* *13527 Toni Ann Place* *Saratoga CA 95070-4853* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 117** *Chang, Cynthia* *13527 Toni Ann Place* *Saratoga CA 95070-4853* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 118** *Chang, Ivana* *1471 Tartarian Way* *San Jose CA 95129* | | | *2008* *Notice only* | X | X | X | $ 0.00 |

Sheet No. _19_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal $            $ 0.00

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,    Case No._____

**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 119<br>Chang, Yann-An<br>1471 Tartarian Way<br>San Jose CA 95129 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 120<br>Chao, Chien-Chung<br>5646 Bordley Drive<br>Houston TX 77056-2330 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 121<br>Chao, Chih-Han<br>5646 Bordley Drive<br>Houston TX 77056-2330 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 122<br>Chao, Chih-Yun<br>5646 Bordley Drive<br>Houston TX 77056-2330 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 123<br>Chao, Samuel & Betty<br>5099 Capannelle Terrace<br>San Jose CA 95129 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 124<br>Chase, Margaret<br>14638 S.W. Fern Street<br>Tigard OR 97223 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _20_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,    Case No. _____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 125<br>Chen, Jean<br>2291 Arkansas Valley Avenue<br>Henderson NV 89044 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 126<br>Chen, Jung Shou (Amy)<br>625 Barbara Way<br>Hillsborough CA 94010 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 127<br>Cheng, Fang Juan<br>2213 Charter Way<br>San Leandro CA 94579 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 128<br>Cheng, Fred<br>12320 Page Mill Road<br>Los Altos Hills CA 94022 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 129<br>Chern, Tong-Seng&Shing-Shing<br>136-17 Maple Avenue<br>Apt. 8C<br>Flushing NY 11355 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 130<br>Chiang, James and Yeng-Fong<br>2585 Park Blvd. #Z-210<br>Palo Alto CA 94306 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _21_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 131<br>Chicago Title Company<br>601 Riverside Avenue<br>Jacksonville FL 32204 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 132<br>Chicago Title Company<br>675 N. First Street, Suite 400<br>San Jose CA 95122 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 133<br>Chiles and Prochnow, LLP<br>Ken Prochnow<br>2600 El Camino Real, Ste. 412<br>Palo Alto CA 94306 | | | 2010<br>Legal services/Civil Litigation | | | | $ 40,000.00 |
| Account No:<br>Creditor # : 134<br>Chiong, Phoebe<br>c/o Chris Marino<br>2400 W. El Camino Real, #117<br>Mountain View CA 94040 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 135<br>Chu, Hanford & Alice<br>583 Spruce Street<br>Oakland CA 94606 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 136<br>Chu, Helina & Jian Kenneth<br>25298 Buckeye Drive<br>Castro Valley CA 94552 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __22__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 40,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No._____

            **Debtor(s)**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 137<br>Chuang, Annie<br>10982 Wilkinson Avenue<br>Cupertino CA 95014 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 138<br>Chuang, Cynthia<br>10982 Wilkinson Avenue<br>Cupertino CA 95014 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 139<br>Chuang, Shih-Hsien<br>10982 Wilkinson Avenue<br>Cupertino CA 95014 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 140<br>Chuang, Su-Jan<br>10982 Wilkinson Avenue<br>Cupertino CA 95014 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 141<br>Chubb<br>PO Box 7242-0180<br>Philadelphia PA 19170-- | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 142<br>Chu-Jian, Joanna<br>25298 Buckeye Drive<br>Castro Valley CA 94552 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _23_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          **Subtotal $**        $ 0.00

                                          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

**Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 143<br>Cingular Wireless<br>PO Box 60017<br>Los Angeles CA 90060-0017 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 144<br>CitiBusiness Card<br>PO Box 6416<br>The Lakes NV 88901-6416 | | | 2008<br>Business Credit Card | | | X | $ 6,900.00 |
| Account No:<br>Creditor # : 145<br>City of Mountain View<br>500 Castro St.<br>PO Box 7540<br>Mountain View CA 94039 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 146<br>City of Palo Alto Utility<br>PO Box 10097<br>Palo Alto CA 94303-0897 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 147<br>City of San Carlos<br>600 Elm Street<br>San Carlos CA 94070 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 148<br>City of Santa Cruz<br>809 Center Street<br>Room 107<br>Santa Cruz CA 95060 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _24_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 6,900.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,     Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 149 <br> City Park of Sunnyvale <br> Owners Assc.-c/o Chrsitison Co <br> 3090 Independence Drive, #100 <br> Livermore CA 94551 | | | *2009* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 150 <br> CLA Engineers Inc <br> 871 Coleman Ave #200 <br> San Jose CA 95110-1831 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 151 <br> Clayton, Robert <br> 1184 Singingwood Court <br> Walnut Creek CA 94595 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 152 <br> Coch, Erika <br> 640 Larchmont Drive <br> Colma CA 94015 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 153 <br> Columbiana Development Inc. <br> PO Box 1928 <br> Mountain View CA 94042 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 154 <br> Commonwealth Land Title Co. <br> 2105 S. Bascom Ave, Suite 135 <br> Campbell CA 95008 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |

Sheet No. __25__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _Richard Ferguson Tipton_____ ,          Case No._____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 155** Conlon, Robert 130 Farm Road Woodside CA 94062 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: **Creditor # : 156** Conte, David 700 Celeste Way Santa Cruz CA 95065 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: **Creditor # : 157** Contractors State LicenseBoard 9821 Business Park Drive Sacramento CA 95827 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: **Creditor # : 158** Cooney, David 1570 Cowper Street Palo Alto CA 94301 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: **Creditor # : 159** Cooney, David P. Alternative Investment Service 211 Main St. San Francisco CA 94105 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: **Creditor # : 160** Cornerstone Tile Company 5990 Stoneridge Drive Ste. 119 Pleasanton CA 94588 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _26_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,          Case No._____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 161 <br> Craig, Robert J. <br> 966 Elsie Mae Dr. <br> Boulder Creek CA 95006 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 162 <br> Cruz, Rafael <br> 23423 Mountain Drive <br> Twain Harte CA 95383 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 163 <br> Cuen, Jorge & Sandra <br> 8645 Cave City Road <br> Mountain Ranch CA 95246 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 164 <br> Curry, Sue <br> 1449 Harker Avenue <br> Palo Alto CA 94301 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 165 <br> Darke, Gloria <br> 49 McCormick Lane <br> Atherton CA 94027 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 166 <br> DataQuick <br> File 50261 <br> Los Angeles CA 90074-0261 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _27_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,    Case No. _____
         **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 167 <br> David Jay Morgan, Inc. <br> 1900 O'Farrel St. Suite 190 <br> San Mateo CA 94403 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 168 <br> David Lee <br> 4962 El Camino Real <br> Los Altos CA 94022 | | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 169 <br> Day, Gary & Shirley <br> 6909 Flat Creek Drive <br> Somerset CA 95684 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 170 <br> DCL LLC <br> PO Box 1928 <br> Mountain View CA 94042 | X | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 171 <br> DiBenedetto, Dean <br> 2375 Spadafore Avenue <br> San Jose CA 95125 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 172 <br> Dean, Joyce <br> 10341 Cherry Tree Lane <br> Cupertino CA 95014 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __28__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          Subtotal $       $ 0.00
                                                          Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,          Case No._____
              **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 173<br>Decker, Gerald & Germaine<br>2439 Tamalpais Street<br>Mountain View CA 94043 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 174<br>Degolia, Cheryl<br>1221 Cotton Street<br>Menlo Park CA 94025 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 175<br>Delta Technologies<br>1601 Airport Freeway<br>Euless TX 76040 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 176<br>DeNardi, Norman & Patricia<br>26966 W. Fremont Rd.<br>Los Altos Hills CA 94022 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 177<br>Department of Corporations<br>1515 K St. Suite 200<br>Sacramento CA 95814 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 178<br>Department of Real Estate<br>PO Box 187002<br>Sacramento CA 95818-7002 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _29_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**            $ 0.00
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,  Case No. _____

**Debtor(s)** *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 179 Design Studio Gordana LLC 302 Bryant St. Palo Alto CA 94301 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 180 DiBenedetto, John 2375 Sapadafore Avenue San Jose CA 95125 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 181 Dierks, Anne Jennifer c/o Guy DeJung 4213 Glen Haven Rd Soquel CA 95073 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 182 Dimanto, Grace 15370 La Rocca Drive Morgan Hill CA 95037 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 183 Dippery, Dan or Anita 455 Santa Rita Ave. Menlo Park CA 94025 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 184 Dixon, Lisa PO Box 1960 Elk Grove CA 95759 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _30_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 185 DMV PO Box 942897 Sacramento CA 94297-0897 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 186 Dobratz, Carl CPA 2855 Mitchell Dr. Suite 101 Walnut Creek CA 94598 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 187 Document Systems, Inc 20501 South Avalon Blvd SuiteB Carson CA 90746 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 188 Doss Law, A Law Corporation 2020 Main Street, Suite 950 Irvine CA 92614-7223 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 189 Dougherty, Bruce 24561 Summerhill Court Los Altos CA 94024 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 190 Douglas Landscape 1891 Almaden Road, Ste. A San Jose CA 95124 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _31_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,          Case No. _____

          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 191 <br> DS Water of America, LP <br> PO Box 7126 <br> Pasadena CA 91109-7126 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 192 <br> Dublin Volkswagen | | | | | | | $ 0.00 |
| Account No: <br> Creditor # : 193 <br> Dunn, Ronald <br> 2019 Oberlin Street <br> Palo Alto CA 94306 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 194 <br> Dunn@Dunn <br> 4701 Woodsman Loop <br> Placerville CA 95667 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 195 <br> East West Bank <br> 135 N. Los Robles Avenue <br> 7th Floor <br> Pasadena CA 91101 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 196 <br> Economy Bonds&Insurance Serv. <br> PO Box 276165 <br> Sacramento CA 95827-6165 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __32__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          Subtotal $          $ 0.00
                                                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,      Case No. _____

_____ **Debtor(s)** _____                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 197 ECS Morgtage & Realty 2775 Middlefield Rd Palo Alto CA 94306 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 198 EDD Central Collection Division, M PO Box 8268880 Sacramento CA 94280-0001 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 199 El Camnio Office Investments 2093 Landings Dr. Mountain View CA 94043 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 200 ELV Construction, Inc PO Box 4848 Salinas CA 93912-4848 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 201 Embrey, Curtis PO Box 1563 Lower Lake CA 95457 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 202 Erickson, Majorie 1221 Sargent Drive Sunnyvale CA 94087 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _33_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                  $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  _Richard Ferguson Tipton_____ ,    Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 203<br>Express Rental Fence<br>PO Box 294<br>Santa Clara CA 95052 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 204<br>EZ Electric<br>10636 Industrial Ave<br>Roseville CA 95678 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 205<br>Falahati, Darioush & Shahnaz<br>1073 Lucot Way<br>Campbell CA 95008-6408 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 206<br>Falzone, Stephen Michael<br>F & F Graphics<br>16994 Brierly Ct.<br>Castro Valley CA 94546 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 207<br>Fan, Carol<br>1296 Kapiolani Blvd. Apt 1906<br>Honolulu HI 96814-2882 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 208<br>Fancher, Lyman and Dierks, Ann<br>4213 Glen Haven Rd<br>Soquel CA 95073 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __34__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                          **Subtotal $**          $ 0.00
                                                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,   Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 209<br>Fancher, Lyman Eugene<br>4213 Glen Haven Rd<br>Soquel CA 95073 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 210<br>Farhad, Shoushan<br>1254 Caggio Court<br>Campbell CA 95008 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 211<br>Feitelberg, Phillip & Donna<br>2543 Somerset<br>Belmont CA 94002 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 212<br>Feitelberg, Regina<br>1499 Oak Grove Avenue, Apt 303<br>Burlingame CA 94010-3790 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 213<br>Fiddaman, Sharleen<br>2255 Webster Street<br>Palo Alto CA 94301 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 214<br>Fidelity National Title Comp.<br>601 Riverside Avenue<br>Jacksonville FL 32204 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _35_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____
            **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 215<br>Fine Steel Products, Inc.<br>2956 Fenwick Way<br>San Jose CA 95148 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 216<br>Fiorentino, Anthony<br>237 Loma Alta Avenue<br>Los Gatos CA 95030 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 217<br>First American Title Company<br>1 First American Way<br>Santa Ana CA 92707 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 218<br>First Security Loan<br>900 Mission Ave.<br>San Rafael CA 94091 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 219<br>Fitzgibbons Arnold & Company<br>PO Box 45520<br>25730 First St.<br>Cleveland OH 44145 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 220<br>Fogarty & Zell, LLP<br>198 Taylor Boulevard<br>Millbrae CA 94030 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _36_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,  Case No._____

**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 221<br>Fridgen, Joseph<br>189 N. Bascom AVenue #200<br>San Jose CA 95128 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 222<br>Franchise Tax Board<br>Bankruptcy Unit MS G-11<br>PO Box 2952<br>Sacramento CA 95812-2952 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 223<br>Fullcircle Promotions, Inc.<br>23715 Mercantile Rd. A-209<br>Beachwood OH 44122 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 224<br>Gajewski, Wendy<br>603 Bainbridge St.<br>Foster City CA 94404 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 225<br>Gargiulo, Gloria & Franca<br>121 Las Brisas Drive<br>Monterey  CA 93940 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 226<br>Garza, Lazaro & Bridget<br>16951 Mitchell Avenue<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __37__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                Case No. _____
　　　　　　**Debtor(s)**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 227 <br> GCA Law Partners, LLP <br> 1891 Landings Drive <br> Mountain View CA 94043 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 228 <br> Geise, Robert & Theresa <br> 2735 Saint Giles Lane <br> Mountain View CA 94040 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 229 <br> Gershon, Ethel <br> 445 N. California Avenue <br> Palo Alto CA 94301 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 230 <br> Ghannam, Robert & Amanda <br> 19495 Eddington Place <br> Northville MI 48167 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 231 <br> Giacalone Design Service Inc <br> PO Box 397 <br> Gilroy CA 95021 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 232 <br> Golden Associates <br> 4400 Market Street <br> Oakland CA 94608 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _38_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**　　　$ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,   Case No. _____

Debtor(s)                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number <br> *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 233<br>Golden State Builders Exchange<br>8789 Auburn Folsom Rd. #c-327<br>Granite Bay CA 95746 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 234<br>Gong, Magen<br>356 Monroe Drive<br>Palo Alto CA 94306 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 235<br>Gonzales, John M.<br>1750 Birchwood Drive<br>Sunnyvale CA 94089 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 236<br>Gray, John M.<br>10250 S. De Anza Blvd.<br>Cupertino CA 95014 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 237<br>Grayson, Mary<br>19951 Blythe Court<br>Saratoga CA 95070 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 238<br>Greenhalgh, Marisha<br>112 Clifford Terrace<br>San Francisco CA 94117 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _39_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No._____

                **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 239 <br> Greystone Plastering, Inc. <br> 980 Franguette <br> San Jose CA 95125 | | | 2009 <br> Small Claims Lawsuit | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 240 <br> GRL Drywall Company <br> 2422 Delaware Ave. <br> Redwood City CA 94061 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 241 <br> Gross, Paul <br> 2452 Majorie Avenue <br> Eugene OR 97408 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 242 <br> Grossman, Stephanie <br> 1121 Harriett Street <br> Palo Alto CA 94301 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 243 <br> Ha, Quang <br> 2422 Glen Duff Way <br> San Jose CA 95148 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 244 <br> Hagemann , Gary <br> 706 South Citron <br> Anaheim CA 92805 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _40_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal $**          $ 0.00

                                       **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No. _____
              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 245 <br> Hahn, Jonathan <br> 340 Sherwood Way <br> Menlo Park CA 94025 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 246 <br> Hamilton, Mary <br> 856 Warfside Road <br> San Mateo CA 94404 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 247 <br> Hammond, Carl B. <br> 522 Old Mill Pond Rd. <br> Los Gatos CA 95033 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 248 <br> Hand, Diane <br> 814 B Cuesta Drive <br> Mountain View CA 94040 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 249 <br> Handcrafted Finishes By Friday <br> 27180 Los Arboles Dr. <br> Carmel CA 93923 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 250 <br> Hardy, Keith D. <br> 1992 Seascape Blvd. <br> Aptos CA 95003 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __41__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    **Subtotal $**     $ 0.00
                                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,     Case No._____
            **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 251 <br> Harlan, Ronald & Heidi <br> 1955 Georgetta Drive <br> San Jose CA 95125 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 252 <br> Harris, Richard & Anne <br> 316 Bella Vista Avenue <br> Los Gatos CA 95032-5415 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No:   7566 <br> Creditor # : 253 <br> HCC <br> 601 S. Figueroa St., Ste. 1600 <br> Los Angeles CA 90017 | X | | 2008 <br> Lawsuit | X | | X | $ 6,800.00 |
| Account No: <br> Creditor # : 254 <br> Health Net <br> File # 55849 <br> Los Angeles CA 90074-5849 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 255 <br> Heartwood Window & Doors <br> 750 San Antonio Rd <br> Palo Alto CA 94303 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 256 <br> Hedges, Kyle <br> 1838 Valparaiso Avenue <br> Menlo Park CA 94025 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __42__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                       **Subtotal $**     $ 6,800.00
                                                            **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,    Case No. _____
           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 257 <br> Hensley Construction <br> 145 Madrone Ave. <br> Ben Lomond  CA 95005 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 258 <br> Herron, Howard <br> 228 Brookside Drive <br> Suisun City CA 94585-2755 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 259 <br> Hilgeman, Georgia <br> PO Box 2052 <br> Los Gatos CA 95031-2052 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 260 <br> Ho, David & Grace <br> 2250 Sonroe Street #277 <br> Santa Clara CA 95050 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 261 <br> Ho, Genevieve <br> 777 East Valley BLvd. #16 <br> Alahambra  CA 91801 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 262 <br> Ho, Lisa <br> 3651 E. Curtis Drive <br> Sacramento CA 95818 | | | *2008* <br> *Notice only* | X | X | X | $ 0.00 |

Sheet No. __43__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                          **Subtotal $**    | $ 0.00
                                                                          **Total $**       |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,          Case No._____
               **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 263 <br> Ho, Richard <br> 411 Dolores Street, Apt 1 <br> San Francisco CA 94110 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 264 <br> Hoffman Row Group Inc <br> 98 Del Monte Ave Ste 205 <br> Monterey  CA 93940 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 265 <br> Holland, Leslie <br> 3790 Indio Way <br> Redding CA 96002 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No:    7315 <br> Creditor # : 266 <br> Home Depot Credit Services <br> PO Box 183175 <br> Columbus OH 43218-3175 | X | | 2008 <br> Business Credit Card <br> Guarantee for business | | | | $ 18,000.00 |
| Account No: <br> Creditor # : 267 <br> Home Depot Credit Services <br> PO Box 6028 <br> The Lakes NV 88901-6028 | | | 2008 <br> Notice only | | | | $ 0.00 |
| Account No: <br> Creditor # : 268 <br> Huang, Alice <br> 12320 Page Mill Road <br> Los Altos CA 94022 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __44__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          **Subtotal $**    $ 18,000.00

                                          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

**Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 269 <br> Hubert, Helen <br> 1043 Oakland Avenue <br> Menlo Park CA 94025 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 270 <br> Hubert, Ruth <br> 101 Alma Street #1003 <br> Palo Alto CA 94301 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 271 <br> Humrich, Steve & Cathy <br> 3218 Oak Knoll Drive <br> Redwood City CA 94062 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 272 <br> Hunt, Carol <br> 3485 Alameda de las Pulgas #6 <br> Menlo Park CA 94025 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 273 <br> Hunt, Dawn <br> 675 Glenbrook Drive <br> Ione CA 95640 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 274 <br> Hunt, Deborah <br> 395 Forest Acres Road <br> New London  NH 3257 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _45_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                 $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,   Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 275*<br>*Hunt, Ken*<br>*6556 Bennet Valley Road*<br>*Santa Rosa CA 95404* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 276*<br>*HWA*<br>*5095 Lone Tree Way*<br>*Antioch CA 94531-8016* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 277*<br>*Hwang, Jen-Di & Jyh-Ping*<br>*7180 Rainbow Drive*<br>*San Jose CA 95129* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 278*<br>*Hwang, Jyh-Ping & Jen-Di*<br>*4091 Park Rd.*<br>*Benicia CA 94510* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 279*<br>*Hyatt, Karen*<br>*941 Michigan Avenue*<br>*San Jose CA 95125* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 280*<br>*Iannuci, Frank R.*<br>*21 N. Harrison Ave. Ste 210*<br>*Campbell CA 95008* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |

Sheet No. __46__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                          **Subtotal $**          *$ 0.00*
                                                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

    **Debtor(s)**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 281<br>Iman, Berhanu<br>946 Iris Avenue<br>Sunnyvale CA 94086 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 282<br>Imperial A.I. Credit Companies<br>101 Hudson Street<br>33th Floor<br>Jersey City NJ 7302 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 283<br>Indemnity Company of CA<br>17780 Fitch<br>Irvine CA 92614 | | | 2008<br>Potential claim<br>Guarantee | | | X | $ 370,000.00 |
| Account No:<br>Creditor # : 284<br>Infolane<br>1624 Franklin St. Suite 1102<br>Oakland CA 94162 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 285<br>INSCO Insurance Serv., Inc.<br>2999 Oak Road, #420<br>Walnut Creek CA 94597 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 286<br>Insight Glass<br>4901 Park Road<br>Benecia CA 94510 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __47__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 370,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,        Case No._____
                      **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 287** **IOCO** **165 West Main Street** **PO Box 780** **New Albany OH 43054-0780** | | | *2008* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 288** **Insurance Office of Central OH** **165 W. Main Street** **PO Box 780** **New Albany OH 43054-0780** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 289** **Internal Revenue Service** **1160 W. 12th Street** **Ogden UT 84201-0039** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 290** **Internal Revenue Service** **Special Procedures** **450 Goden Gate Ave PO Box36086** **San Francisco CA 94102** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 291** **Internet Corporation Listing** **303 Park Avenue S #1073** **New York NY 10010** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 292** **Investors Prime Fund, LLC** **4 Main Street, Suite 60-A** **Los Altos CA 94022** | | | *2008* *Notice only* | X | X | X | $ 0.00 |

Sheet No. __48__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re _Richard Ferguson Tipton_____,   Case No._____
                          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 293<br>Isabelle Court LP<br>PO box 1928<br>Mountain View CA 94042 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 294<br>J. M. Builders, Inc.<br>650 Lincolon Ave.<br>San Jose CA 95126 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:   1321<br>Creditor # : 295<br>J. Mills vs. JSW Financial Inc<br>c/o R. Gullen at Rossi Hamer.<br>1960 The Alameda, Suite 200<br>San Jose CA 95126 | | | 2009<br>Civil Lawsuit Settled<br>Settled | | | | $ 60,000.00 |
| Account No:<br>Creditor # : 296<br>Janto, Jon<br>210 Southwood Dr.<br>Scotts Valley CA 95066 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 297<br>JC Heating & Air Conditioning<br>PO Box 1078<br>Soquel CA 95073 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 298<br>Jennings, Margot<br>6523 California Ave. SW #415<br>Seattle WA 98136 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __49__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              **Subtotal $**        $ 60,000.00
                                                              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,          Case No. _____
             **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 299<br>Jian, Kenneth<br>25298 Buckeye Drive<br>Castro Valley CA 94552 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 300<br>Jian, Kenneth & Chu, Helina<br>16218 Calypso Court<br>San Leandro CA 94578 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 301<br>Jiang, Shan He & Wen Sheng<br>1718 Hillman Avenue<br>Belmont CA 94002 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 302<br>Jim Giancola Concrete, Inc<br>PO Box 362<br>Hollister CA 95024 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 303<br>Jim Ward & Associates<br>PO Box 1928<br>Mountain View CA 94042 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 304<br>Johansson, Nils<br>16450 Kennedy Road<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _50_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,      Case No. _____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 305 <br> Jonah, Marilyn <br> 3180 Brittan Avenue <br> San Carlos CA 94070 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 306 <br> Journey, Charles & Connie <br> 1770 Glen Oaks Drive <br> Montecito CA 93108 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 307 <br> Journey, Kristine <br> 1770 Glen Oaks Drive <br> Montecito CA 93108 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 308 <br> Journey, Samantha <br> 1374 Fredericks Street <br> San Luis Obispo CA 93405 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 309 <br> JSW Financial Inc. <br> PO Box 1928 <br> Mountain View  CA 94042 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 310 <br> Junk King <br> 969 Industrial Rd. Suite F <br> San Carlos CA 94070 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __51__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal $**          $ 0.00
                                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No._____
                **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 311** *Jurevicius, Joseph & Meagan* *3310 Old Brainard Road* *Pepper Pike OH 44124* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 312** *Kai, Nancy* *482 West Sunnyoaks Avenue* *Campbell CA 95008* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 313** *Kaiser Permanente* *PO Box 939001* *San Diego CA 92193-9001* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 314** *Kao, Cheng-Pai* *212 Wiget Lane* *Walnut Creek CA 94598-3410* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 315** *Kaul, Mahendra* *13338 Loma Rica Drive* *Grass Valley CA 95945* | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 316** *Kaul, Sushila* *8332 Hilltop Avenue* *Vienna VA 22182-5136* | | | *2008* *Notice only* | X | X | X | $ 0.00 |

Sheet No. __52__ of __104__ continuation sheets attached to Schedule of                                           **Subtotal $**        $ 0.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                                                  **Total $**
                                           (Use only on last page of the completed Schedule F. Report also on Summary of
                                           Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,          Case No. _____

**Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 317 <br> Kelley-Moore Paints Company <br> 180 El Camino Real East <br> Mountain View CA 94040 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 318 <br> Khosh, Jim <br> 801 Wooded Hills Court <br> Fremont CA 94539 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 319 <br> Khoshfekran, Zahra <br> 801 Wooded Hills Court <br> Fremont CA 94539 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 320 <br> Khuri, Sami & Natalia <br> 3677 Cabernet Vineyards Circle <br> San Jose CA 95117 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 321 <br> Killroy Pest Control <br> 1175 Dell Ave <br> Campbell CA 95008 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 322 <br> Kobow, Louise J. <br> 1400 Clay St. Ste. 100 <br> Napa CA 94559-9836 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _53_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____
              **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 323*<br>*Kozak, John*<br>*1550 Stutter Street, Apt 310*<br>*San Francisco CA 94109-5374* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 324*<br>*Kramar, Edward & Laura*<br>*317 Monclair Road*<br>*Los Gatos CA 95032* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 325*<br>*Kramer, Nancy*<br>*718 Chimalus Drive*<br>*Palo Alto CA 94306* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 326*<br>*Kramer, Pamela*<br>*11586 Ragan Way*<br>*Grass Valley CA 95949* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 327*<br>*Kravitz, Jeff* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 328*<br>*Kretz, Charles & Georgina*<br>*4051 Vineyard Road*<br>*Novato CA 94947* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |

Sheet No. __54__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                           **Subtotal $**        *$ 0.00*
                                                           **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_                                    ,          Case No. _____
          **Debtor(s)**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 329*<br>*Kretz, Frederick*<br>*855 Oxford Avenue*<br>*Marina Del Rey  CA 90292* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 330*<br>*Kwok, Chi-Wai*<br>*1838 Valparaiso Avenue*<br>*Menlo Park CA 94025* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 331*<br>*Lamberson, David*<br>*870 Old Farm Lane*<br>*Aptos CA 95003* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 332*<br>*Laroy, James*<br>*700 Oak Knoll Lane*<br>*Menlo Park CA 94025* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 333*<br>*Lashman, Mitchell*<br>*1764 Edgewood Road*<br>*Redwood City CA 94062* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 334*<br>*Law Offices of Desmond B. Tuck*<br>*177 Bovet Rd. Suite 600*<br>*San Mateo CA 94402-3122* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |

Sheet No. _55_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      *$ 0.00*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,    Case No. _____

                 **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 335<br>Law Offices of Martin Goodman<br>Attn. Martin D. Goodman, Esq.<br>456 California St., Ste. 1300<br>San Francisco CA 94104 | | | 2009<br>Civil Lawsuit | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 336<br>Law Offices of Sharon C Wagner<br>2600 El Camino Real Suite 412<br>Palo Alto CA 94306 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 337<br>LCIA<br>9828 Business Park Dr.<br>Suite A<br>Sacramento CA 95827 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 338<br>LeBlanc, Ingrid<br>29 Woodhill Drive<br>Redwood City CA 94061-1826 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 339<br>LeBlanc, Maurice<br>29 Woodhill Drive<br>Redwood City CA 94061 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 340<br>Lee Buffington, Tax Collector<br>San Mateo Country<br>555 County Center, 1st Floor<br>Redwood City CA 94063 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _56_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  **Subtotal $**       $ 0.00

                                     **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____,     Case No. _____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 341<br>Lee, Ben & Anne<br>614 Crested Cove Driv<br>Garland TX 75040 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 342<br>Lee, David S.<br>2570 W El Camino Real, Ste 500<br>Mountain View CA 94040 | | | 2005 - 2008<br>Indemnity | X | X | X | Unknown |
| Account No:<br>Creditor # : 343<br>Lee, Kalman<br>2271 Markham Avenue<br>San Jose CA 95125 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 344<br>Lee, Kenneth<br>9455 Nesbit Lakes Drive<br>Alpharetta GA 30022 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 345<br>Lee, Rebecca<br>1838 Valparaiso Ave.<br>Menlo Park CA 94025 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 346<br>Leonello LP<br>PO Box 1928<br>Mountain View CA 94042 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __57__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No. _____
             **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 347<br>Levy, Donald & Harriet<br>14500 Fruitvale Avenue #6130<br>Saratoga CA 95070 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 348<br>Li, Der-Yu<br>13527 Toni Ann Place<br>Saratoga CA 95070 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 349<br>Libien, Eva<br>2 Eucalyptus Knoll Street<br>Mill Valley CA 94941 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 350<br>Ligh, Randy<br>189 N. Bascom Avenue Suite 200<br>San Jose CA 95128 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 351<br>LightPoint<br>846 Santa Cruz Ave<br>Menlo Park CA 94025 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 352<br>Listing Corp<br>305 W. Broadway Ave. Suite 118<br>New York NY 10013 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __58__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                **Subtotal $**      $ 0.00
                                                                **Total $**
                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ , Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **4972**<br>Creditor # : 353<br>Litke O'Farrell, LLC<br>c/o R. Gullen at Rossi Hamer.<br>1960 Alameda, Suite 200<br>San Jose CA 95126 | | | 2007<br>Judgment | | | X | $ 675,000.00 |
| Account No:<br>Creditor # : 354<br>Liu, Howard<br>93 Sea View Avenue<br>Piedmont CA 94611 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 355<br>Lloyd, Robert<br>223 Oak Court<br>Menlo Park CA 94025 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 356<br>Locker, Edward & Cynthia<br>387 N. Stonehaven Drive<br>Cleveland OH 44143 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No: **-006**<br>Creditor # : 357<br>Long & Levit LLP<br>465 California St., Suite 500<br>San Francisco CA 94104 | | | 2010<br>Legal services | | | | $ 11,813.00 |
| Account No:<br>Creditor # : 358<br>Lu, Sophia<br>1040 Wallace Place<br>City of Industry CA 91784 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _59_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 686,813.00 |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                                     Case No. _____
              **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 359*<br>*M & B Plumbing Inc*<br>*1440 South Main S.*<br>*Milpitas CA 95035* | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>*Creditor # : 360*<br>*MacLeod & Associates, Inc.*<br>*965 Center St.*<br>*San Carlos CA 94070* | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:   *9893*<br>*Creditor # : 361*<br>*Macy's*<br>*PO Box 8218*<br>*Mason OH 45040* | | | *2010*<br>*Credit Card* | | | | $ 235.00 |
| Account No:<br>*Creditor # : 362*<br>*Magnolia Landscape*<br>*9865 Baldwin Dr*<br>*Santa Clara CA 95051* | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>*Creditor # : 363*<br>*Major, John*<br>*1915 Potreo Drive*<br>*San Jose CA 95124* | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>*Creditor # : 364*<br>*Major, Robert & Marcella*<br>*PMB 111, 713 West Spruce Stree*<br>*Deming NM 88030* | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |

Sheet No. __60__ of __104__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 235.00
**Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,      Case No._____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 365<br>Marketing Designs<br>850 Old County Rd<br>Belmont CA 94002 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 366<br>Maroudas, George<br>15571 Linda Avenue<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 367<br>Marrone, Matthew<br>15571 Linda Avenue<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 368<br>Mauro, James<br>3095 Scioto Trace Road<br>Columbus OH 43221 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 369<br>McClure, Lynne<br>PO Box J<br>Menlo Park CA 94026 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 370<br>McCrudden, Daniel & Kathleen<br>441 Highcrest Drive<br>Wilmette IL 60091 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _61_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　　　　　$ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____,       Case No._____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 371<br>McGee, Lynda<br>3140 Peyton Road<br>La Verne CA 91750 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 372<br>McKim, David M.<br>1777 Borel Place, Suite 301<br>San Mateo CA 94402 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 373<br>McPharlin, Linda<br>27 Preston Road<br>Woodside CA 94062 | | | 2008 | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 374<br>Menlo College Athletics<br>1000 El Camnio REal<br>Atherton CA 94027 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 375<br>Menlo Management Company<br>750 Menlo Avenue, Ste. 250<br>Menlo Park CA 94025 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 376<br>Miles, Kathleen<br>217 Sixteenth Avenue<br>Santa Cruz CA 95062 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __62__ of __104__ continuation sheets attached to Schedule of       **Subtotal $**                    $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 377<br>Miller, Tod & Laurraine<br>16622 Toppling Way<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 378<br>Mills, Christopher & Theresa<br>13365 McCulloch Avenue<br>Saratoga CA 95070 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 379<br>Miner, Jeffrey<br>PO Box 2576<br>South Lake Tahoe CA 96158 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 380<br>Monterey County<br>168 W. Alisal Street<br>2nd Floor<br>Salinas CA 93901 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 381<br>Monterra Ranch Properties, LLC<br>PO Box 368<br>Montery CA 93940 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 382<br>Morena, Michael<br>331 Paramount Drive<br>Milllbrae CA 94030 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _63_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 383<br>Mozaffari, Mahmood<br>5810 Maracaibo Drive<br>San Jose CA 95120 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 384<br>MS Engineering & Associates<br>2105 S. Bascom AVe. Suite 260<br>Campbell CA 95008 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 385<br>Murphy, Estelle<br>850 Webster Street #631<br>Palo Alto CA 94301 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 386<br>Nason, Charlene<br>437 Ellsworth Street<br>San Francisco CA 94110 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 387<br>National Bank of Arizona<br>6001 N.24th St. Building B<br>Phoenix AZ 85016 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 388<br>Negrin, David & Shirley<br>2433 Sharon Oaks Drive<br>Menlo Park CA 94025 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _64_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,  Case No._____

 **Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 389 Nelson, Robert 516 Woodcres Drive Mechanicsburg PA 17050* | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 390 Nezhad, Ray 10413 Torree Avenue Suite 700 Cupertino CA 95014* | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 391 Nicholl, Michael R. 30500 Winsor Dr. Bay Village OH 44140* | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 392 Nichols III, Andrew 27 Preston Road Woodside CA 94062-2637* | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 393 Nielsen Architects 2510 Camino Diablo Rd. #201 Walnut Creek CA 94597* | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 394 Nielsen Architects, Inc. PO Box 1982 Orinda  CA 94563* | | | *2008 Notice only* | X | X | X | $ 0.00 |

Sheet No. _65_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_                                      ,        Case No. _____
           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 395 <br> Nielsen, Stan <br> 2540 Camino Diablo Rd. #201 <br> Walnut Creek CA 94597 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 396 <br> Niemeth, Roger & Lorna <br> 19147 River Crest Drive <br> Anderson CA 96007 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 397 <br> Noble, Keith <br> 14159 Baker Road <br> Madison  OH 44057-9535 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No:    3719 <br> Creditor # : 398 <br> Nordstrom <br> Credit Card Service Center <br> P.O.Box 13589 <br> Scottsdale AZ 85267 | | | 1983 <br> Credit Card | | | | $ 167.00 |
| Account No: <br> Creditor # : 399 <br> Northwestern Mutual Life Ins. <br> Attn. Dan Moore <br> 257 Covington Road <br> Los Altos CA 94024 | | | 2009 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 400 <br> OfficeTeam <br> File 73484 <br> PO Box 600000 <br> San Francisco CA 94160-3484 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __66__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 167.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 91 of
241

In re _Richard Ferguson Tipton_ ,        Case No. _____
                 **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 401 <br> Old Republic Title Company <br> 400 Second Avenue South <br> Legal Department <br> Minneapolis MN 55401-2499 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 402 <br> Olsen, David <br> 3013 Wolsey Place <br> Fremont CA 94555-1465 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 403 <br> Olsman, Klaas <br> 663 Fairway Blvd <br> Columbus OH 43213 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 404 <br> Olson, Marjorie <br> 850 Webster Street #526 <br> Palo Alto CA 94301 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 405 <br> Orcutt, Robert <br> PO Box 66102 <br> Scotts Valley CA 95066 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 406 <br> Orser, Brian <br> 1 Wild Flower Lane <br> Santa Cruz CA 95065 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. _67_ of _104_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                Case No. _____

        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 407 Orser, Richard 1 Wild Flower Lane Santa Cruz  CA 95065 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 408 Owen, Craig J. 14305 Leigh Ave. San Jose CA 95124 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 409 Oxfeldt, Elisabeth 12161 Hilltop Drive Los Altos CA 94024 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 410 Oxfeldt, Elisabeth 101 Montgomery ST. San Francisco CA 94104 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 411 Oxfeldt, Kjeld 13978 Amber Sky Lane San Diego CA 92129 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 412 Oxfeldt, Kjeld 101 Montgomery St. San Francisco CA 94104 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. __68__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                  $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No._____
       **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 413 <br> Oxfeldt, Paul & Inger <br> 12161 Hilltop Drive <br> Los Altos CA 94024 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 414 <br> Palo Alto Blueprint&Supply Co. <br> 332Lytton Ave <br> Palo Alto CA 94301 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No:     1527 <br> Creditor # : 415 <br> Palo Alto Medical Foundation <br> PO Box 60000 (File No. 74003) <br> San Francisco CA 94160-0001 | X | | 2010 | | | | $ 2,254.15 |
| Account No: <br> Creditor # : 416 <br> Paychex <br> 2527 Camino Ramon <br> San Ramon CA 94583 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 417 <br> Pensco Pension Services <br> 450 Sansome St, 14th Floor <br> San Francisco CA 94111-3306 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 418 <br> Pheasant, Jeanette <br> PO Box 97 <br> Kilauea HI 96754 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __69__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                         $ 2,254.15

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

                    **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 419 <br> Phillip J. Griego & Associates <br> 95 South Market St. #520 <br> San Jose CA 95113 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 420 <br> Pitney Bowes Inc. <br> PO Box 856042 <br> Louisville KY 40285-6042 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 421 <br> Pletschette, Emmett <br> 802 Poker Flat Road <br> Copperopolis CA 95228 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 422 <br> Polycomp <br> 3000 Lava Ridge Court <br> Suite 130 <br> Roseville CA 95661 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 423 <br> Ponzini Insulaton, Inc. <br> PO Box 1055 <br> San Juan Bautist CA 95045 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 424 <br> Pravorne, Leila <br> 3 Santo Domingo Drive <br> Rancho Mirage CA 92270 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __70__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $**        $ 0.00
                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No._____

**Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 425**<br>**Probst, David & Jaurie**<br>**1278 Collidge Avenue**<br>**San Jose 95125** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 426**<br>**Proceviat Designs**<br>**2284 Old Middlefield Way #11**<br>**Mountain View CA 94043** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 427**<br>**ProTech**<br>**1208 Main St.**<br>**Redwood City CA 94063** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 428**<br>**Qi, Yao**<br>**696 Towle Way**<br>**Palo Alto CA 94306** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 429**<br>**Quiring, Martha**<br>**691 Pamlar Avenue #c**<br>**San Jose CA 95128** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>**Creditor # : 430**<br>**R. Haro Drafting & Planning**<br>**843 S. McGlincy Lane**<br>**Campbell CA 95008** | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |

Sheet No. _71_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No. _____
                **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 431<br>Rahn, J. Barry<br>50855 WAshington St. PMB 243<br>La Quinta  CA 92253 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 432<br>Ramos, Camille<br>777 San Antonio Road, #127<br>Palo Alto CA 94303 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 433<br>Ramos, Danilo & Luzviminda<br>119 South Blvd. Apt #20<br>San Mateo CA 94402 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 434<br>Raphael, Bertram & Anne<br>12820 Viscanio Road<br>Los Altos Hills CA 94022 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 435<br>Re Infolink<br>300 Orchard City Dr. #100<br>Campbell CA 95008 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 436<br>Reiswig, Jean<br>1245 E. Springfield Ave Apt 35<br>Reedley  CA 93654-3249 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __72__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                       **Subtotal $**         **$ 0.00**

                                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____

                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 437<br>Ricoh<br>PO Box 105533<br>Atlanta GA 30348-- | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 438<br>Ricoh Americas Corporation<br>PO Box 6434<br>Carol Stream IL 60197-6434 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 439<br>Ridgeline Framing Corporation<br>2141 Las Positas Court<br>Suite B<br>Livermore CA 94551 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 440<br>Ridout, Pat<br>3731 Vineyard Ave.<br>Pleasanton CA 94566 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 441<br>Ringold, Gordon<br>12004 Adobe Creek Lodge Road<br>Los Altos Hills CA 94022 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 442<br>RMB Enterprises<br>1212 P St.<br>Sacramento CA 95814 | | | Notice only | X | X | X | $ 0.00 |

Sheet No. _73_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            **Subtotal $**     | $ 0.00
                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,  Case No._____
  **Debtor(s)**  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 443 Robert C Davis Accountancy 641 Woods Creek Dr. Suite B Sonora CA 95370 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 444 Robert R. Rossi, Esq. 1960 The Alameda, Ste. 200 San Jose CA 95126 | | | 2009 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 445 Roberts, Michael 1983 Assunta Way San Jose CA 95124 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 446 Rolfes Engineering, Inc. 1036 W. Robinhood Dr. Ste 201 Stockton CA 95207-5627 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 447 Rosenberg, Joel 45190 Onondaga Drive Fremont  CA 94539 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 448 Rosenberg, Louis & Annette 8224 Claret Court San Jose CA 95135 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. __74__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,   Case No._____
                    **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 449<br>Rothschild, Matile<br>109 Lake Merced Hill, No. 1C<br>San Francisco CA 94132 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| **Account No:**<br>Creditor # : 450<br>Rucy's Cleaning Service<br>625 Lakehaven D.<br>Sunnyvale CA 94089 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| **Account No:**<br>Creditor # : 451<br>Rush, Louise<br>2510 Bush Street<br>San Francisco CA 94115 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| **Account No:**<br>Creditor # : 452<br>Rushforth, Kim<br>921 Wheeler Court<br>Libertyville IL 60048 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| **Account No:   5336**<br>Creditor # : 453<br>S. Mayer vs JSW Financial Inc.<br>c/o Leonard E. Marquez<br>1111 Broadway St., 24Fl<br>Oakland CA 94607 | X | | 2010<br>Civil Lawsuit Pending | | | X | $ 1,900,000.00 |
| **Account No:**<br>Creditor # : 454<br>Salinger, Dan<br>10370 Linscott Drive<br>Elk Grove CA 95624 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __75__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,900,000.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____,     Case No. _____
                **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 455 Salinger, Edward 3571 Buena Vista Drive Shingle Springs CA 95682 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No:  Creditor # : 456 Salinger, Mark 9579 Andretti Way Elk Grove CA 95758 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No:  Creditor # : 457 Salinger, William 3 Santo Domingo Dr. Rancho Mirage CA 92270 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No:  Creditor # : 458 San Francisco AssessorRecorder 1 Dr. Carlton B. Goodlett Plac City Hall, Room 190 San Francisco CA 94102-4698 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No:  Creditor # : 459 San Francisco Lee FCU 945 Grant Ave. San Francisco CA 94108 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No:  Creditor # : 460 San Jose Blue PO Box 189610 Sacramento CA 95818-9610 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. __76__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal $**        $ 0.00

                                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 461 Sathy, Michael & Lydia 1263 Richardson Avenue Los Altos CA 94024 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 462 Sautter, Barbara 320 Weed Avenue Stamford CT 6902 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 463 SB Capital 4 Main Street Los Altos CA 94022 | | | 2008 Judgment | | | X | $ 600,000.00 |
| Account No: Creditor # : 464 Santa Clara CtyAssc.of Realtor 1651 North First St. San Jose CA 95112 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 465 SCCPOA PO Box 24948 San Jose CA 95154 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 466 Scherner, Joanne PO Box 53 Sorrento ME 4677 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _77_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 600,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 467<br>Schoeholz & Spiegel, LLP<br>2033 N. Main Street #365<br>Walnut Creek CA 94596 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 468<br>SDG Architects, Inc.<br>3361 Walnut Blvd. Suite 120<br>Brentwood CA 94513 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 469<br>Secretary of State<br>1500 11th Street<br>2nd & 3rd Floor<br>Sacramento CA 95814 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:   1356<br>Creditor # : 470<br>Securities & Exch. Commission<br>c/o Mark J. Fagel<br>44 Montgomery St., Suite. 2600<br>San Francisco CA 94104 | X | | *2011*<br>*Lawsuit pending*<br>*SEC vs. JSW Financial Inc., James*<br>*S. Ward, David S. Lee, Edward G.*<br>*Locker, Richard F. Tipton, and* | X | X | X | *Unknown* |
| Account No:<br>Creditor # : 471<br>Shan, Eric<br>13264 Glasgow Court<br>Saratoga CA 95070 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 472<br>Shan, Hsin-Tsan Grace<br>13264 Glasgow Court<br>Saratoga CA 95070 | | | *2008*<br>*Notice only* | X | X | X | $ 0.00 |

Sheet No. __78__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ , Case No. _____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 473<br>Shan, Ming-Chien<br>13264 Glasgow Court<br>Saratoga CA 95070 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 474<br>Shan, Vivian<br>13264 Glasgow Court<br>Saratoga CA 95070 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 475<br>Shanks, Hershel<br>5208-38th Street NW<br>Washington DC 20015 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 476<br>Shen, Colette<br>5646 Bordley Drive<br>Houston TX 77056 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 477<br>Shen, Katherine<br>5646 Bordley Drive<br>Houston TX 77056 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 478<br>Shen, Sidney<br>5646 Bordley Drive<br>Houston TX 77056 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _79_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,    Case No. _____

           **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | 2008 | X | X | X | $ 0.00 |
| Creditor # : 479 Sherin, Morton & Alba 16996 Frank Avenue Los Gatos CA 95032 | | | Notice only | | | | |
| Account No: | | | 2008 | X | X | X | $ 0.00 |
| Creditor # : 480 Shields, Susan 5567 B Via Portora Laguna Woods CA 92637 | | | Notice only | | | | |
| Account No: | | | 2008 | X | X | X | $ 0.00 |
| Creditor # : 481 Shocker, Allan 1 Baldwin Avenue #220 San Mateo CA 94401 | | | Notice only | | | | |
| Account No: | | | 2008 | X | X | X | $ 0.00 |
| Creditor # : 482 Shoreline Investment Fund, LLC PO Box 1928 Mountain View CA 94042 | | | Notice only | | | | |
| Account No: | | | 2008 | X | X | X | $ 0.00 |
| Creditor # : 483 Shou, Jung 625 Barbara Way Hillsborough CA 94010 | | | Notice only | | | | |
| Account No: | | | 2008 | X | X | X | $ 0.00 |
| Creditor # : 484 Siegrist, Johanna 39 Roslyn Avenue San Carlos CA 94070 | | | Notice only | | | | |

Sheet No. __80__ of __104__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        **$ 0.00**

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 485<br>Silicon Valley Assc.of Realtor<br>19400 Stevens Creek Blvd.<br>Ste. 100<br>Cupertino CA 95014 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 486<br>Silver, Anne<br>1951 Ofarrell Street, #204<br>San Mateo CA 94403 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 487<br>Singer, J.L<br>581 S. La Jolla Avenue<br>Los Angeles CA 90048 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 488<br>Sir Speedy<br>1185 Tasman Dr.<br>Sunnyvale CA 94089 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 489<br>SisBro Decorative Plumbing<br>32 E. Campbell Ave.<br>Campbell CA 95008 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 490<br>SMP Engineers<br>1534 Carob Lane<br>Los Altos CA 94024 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _81_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,    Case No. _____
                 **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 491 Soares Lumber & Fencing, Inc. 6630 Monterey Rd. Gilroy CA 95020 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 492 Solk, Sol 784 Gailen Avenue Palo Alto CA 94303 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 493 Soong Soong 3680 C Stevens Creek Blvd. San Jose CA 95117 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 494 Sorich, Mark 14614 La Rinconada Drive Los Gatos CA 95032 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 495 Souza, William & Madeline 2251 Coronet Drive San Jose CA 95124 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 496 Spencer, Tom 318 Hawthorne Ave. Palo Alto CA 94301 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _82_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 497 Spokane Computer 915 West Second AVe. Spokane WA 99201 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 498 St. Charles, Elize 121 Greendale Drive Los Gatos CA 95032 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 499 St. Francis Investment III c/o Menlo Management Company 750 Menlo Avenue Ste. 250 Menlo Park CA 94025 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 500 Stanford Track and Field 641 East Campus Dr. Stanford CA 94305 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 501 Stanley, Autumn 241 Bonita Road Portola Valley CA 94028-8103 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 502 Starkweather Painting, Inc. Post Office Box 1398 Hollister CA 95024-1398 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _83_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                      **Subtotal $**        $ 0.00
                                                        **Total $**
                          (Use only on last page of the completed Schedule F. Report also on Summary of
                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,        Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 503** **State Comp. Insurance Fund** **5880 Owens Drive** **Pleasanton CA 94588** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 504** **State of California** **PO Box 944230** **Sacramento CA 94244** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 505** **State of California** **1500 11th Street** **PO Box 944230** **Sacramento CA 94244-2300** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 506** **Stein & Lubin LLP** **600 Montgomery St. 14th Floor** **Mountain Ranch CA 94111** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 507** **Stepp, George & Margaret** **PO Box 11** **Mountain Ranch CA 95246** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 508** **Stern, Frederick** **7679 Helmsdale Drive** **San Jose CA 95135** | | | *2008* *Notice only* | X | X | X | $ 0.00 |

Sheet No. __84__ of __104__ continuation sheets attached to Schedule of          **Subtotal $**          $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                   **Total $**
                                             (Use only on last page of the completed Schedule F. Report also on Summary of
                                             Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 509<br>Steve Babcock's Storypoles<br>523 Toyon Dr.<br>Monterey  CA 93940 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 510<br>Stevens, Ferrone<br>&Bailey Engineering Comp, Inc.<br>1470 Enea Circle, Suite 1551<br>Concord CA 94520 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 511<br>Stever, Barbara<br>7940 E. Antelope Road<br>Eagle Point OR 97524 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 512<br>Stewart Title Company<br>289 South San Antonio Rd.<br>Ste. 100<br>Los Altos CA 94022 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 513<br>Stoner, Kim W.<br>324 Oregon St.<br>Santa Cruz CA 95060 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 514<br>Stotler Design Group<br>6868 Santa Teresa Blvd. #B<br>San Jose CA 95119 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _85_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,            Case No._____
       **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 515 Stotler Design Group Inc. 300 S. San Antonio Road Los Altos CA 94022 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 516 Strickland, Pam 2334 Vista Madera Santa Barbara CA 93101-3933 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 517 Struxture Construction, Inc. 1 Locke Way Suite 100 Scotts Valley CA 95066 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 518 Studebaker, David 518 Almer Road #4 Burlingame CA 94010 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 519 Sukiennicki, Doris 223 Cowper Street Palo Alto CA 94301 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 520 Summit Bank Foundation 2969 Broadway Oakland CA 94611 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _86_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No. _____

    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 521 Sun, Linda 12502 Parker Ranch Court Saratoga CA 95070** | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 522 Sylvester, Gladys 691-C  Palmer Avenue San Jose CA 95128** | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 523 Taketa, Miller, and Associates 1777 Hamilton Ave., Suite 202 San Jose CA 95125** | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 524 Tang, Shen-Tsan & Tsai-Chen 93 Sea View Avenue Piedmont CA 94611** | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 525 Tanner, Karen 1411 Beringer Court San Jose CA 95125** | | | *2008 Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 526 Tanner, Karla 1381 Pinehurst Square San Jose CA 95117-3653** | | | *2008 Notice only* | X | X | X | $ 0.00 |

Sheet No. _87_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**      $ 0.00

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Richard Ferguson Tipton_ _____ ,          Case No. _____
               **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 527* <br> *Tao, Eddy & Lily* <br> *948 Cherry Glen Terace* <br> *Fremont CA 94536-4255* | | | *2008* <br> *Notice only* | X | X | X | *$ 0.00* |
| Account No: <br> *Creditor # : 528* <br> *Tao, Zhong & Wenjing* <br> *755 Seawood Way* <br> *San Jose CA 95120* | | | *2008* <br> *Notice only* | X | X | X | *$ 0.00* |
| Account No: <br> *Creditor # : 529* <br> *Tax Collector, Santa Clara Cty* <br> *County Government Ctr.* <br> *East Wing, 70 W. Hedding St.* <br> *San Jose CA 95110-1767* | | | *2009* <br> *Notice only* | X | X | X | *$ 0.00* |
| Account No: <br> *Creditor # : 530* <br> *Tay, Aun-Pei* <br> *7950 McClellan Road #3* <br> *Cupertino CA 95014* | | | *2008* <br> *Notice only* | X | X | X | *$ 0.00* |
| Account No: <br> *Creditor # : 531* <br> *Tay, Aun-Rhen* <br> *7950 McClellan Road #3* <br> *Cupertino CA 95014* | | | *2008* <br> *Notice only* | X | X | X | *$ 0.00* |
| Account No: <br> *Creditor # : 532* <br> *Tay, Soo* <br> *7950 McClellan Road #3* <br> *Cupertino CA 95014* | | | *2008* <br> *Notice only* | X | X | X | *$ 0.00* |

Sheet No. __88__ of __104__ continuation sheets attached to Schedule of                    **Subtotal $**          *$ 0.00*
Creditors Holding Unsecured Nonpriority Claims
                                                                                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,    Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 533 <br> Tay, Yick <br> 7950 McClellan Road #3 <br> Cupertino CA 95014 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 534 <br> Teledynamic Communcations, Inc <br> 3501 Breakwater Ave. <br> Hayward CA 94545 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 535 <br> The Cabana Hotel <br> 4290 El Camino Real <br> Palo Alto CA 94306 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 536 <br> The Chesire Cat Catering <br> PO Box 31013 <br> San Francisco CA 94131-0013 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 537 <br> The Hartford <br> PO BOX 2917 <br> Hartford CT 06104-2917 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 538 <br> The Hiller Aviation Museum <br> 601 Skyway Rd <br> San Carlos CA 94070 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __89__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,                Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 539** **The Hylant Group, Inc.** **PO Box 318087** **Independence OH 44130** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 540** **Thoits Insurance** **160 W. Santa Clara St** **12th Floor** **San Jose CA 95113** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 541** **Thomas Scherer Associates** **Box 68** **Aptos CA 95001** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 542** **Thomson, Frances** **4090 El Cerrito Road** **Palo Alto CA 94306** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 543** **Tieber, Alois** **1336 Cerro Verde** **San Jose CA 95120-4905** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 544** **Tieber, Lou** **5504 Camden Ave. #C8** **Palo Alto CA 94306** | | | **2008** **Notice only** | X | X | X | $ 0.00 |

Sheet No. __90__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                     Case No. _____
                  **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 545 <br> Tomassini, Tim <br> Former CD Employee <br> PO Box 5837 <br> Carmel CA 93921 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 546 <br> Tong, Der-Shin <br> 2277 16th Avenue <br> San Francisco CA 94116 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 547 <br> Topping Way LP <br> PO BOX 1928 <br> Mountain View CA 94042 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 548 <br> Total Media Concepts, Inc. <br> 1169 Chess Dr. Suite F <br> Foster City CA 94404-1120 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 549 <br> Toyon Group, LP <br> PO Box 1928 <br> Mountain View CA 94042 | X | | 2008 <br> Indemnitor for bonds | | | X | $ 106,000.00 |
| Account No: 282A <br> Creditor # : 550 <br> Toyota Motor Credit Co. <br> 4000 Executive Pkwy <br> San Ramon CA 94583 | X | | 2008 <br> Auto lease | | | | $ 1,028.00 |

Sheet No. __91__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 107,028.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____,     Case No._____
                        **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 551 Troidl, Marie & Matthew 45 Pepper Drive Los Altos CA 94022 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 552 Troidl, Tiffany 1 Hanson Place, Unit 12G Brooklyn NY 11243 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 553 Trujillo, Sonia c/o John Gonzales 1750 Birchwood Drive Sunnyvale CA 94089 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 554 Truong, Tom 4400 Market St. Oakland CA 94608 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 555 Tsai, Douglas 788 Loyalton Drive Campbell CA 95008 | | | 2008 Notice only | X | X | X | $ 0.00 |
| Account No: Creditor # : 556 Tsai, Rose 20103 Miljevich Drive Saratoga CA 95070 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. __92__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No. _____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 557 U.S. Bank PO Box 790408 St. Louis MO 63179-0408 | | | 2008 Notice only | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 558 Underwood, Robert 223 Cowper Street Palo Alto CA 94301 | | | 2008 Notice only | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 559 United Site Services 3408 Hillcap Ave. San Jose CA 95136 | | | 2008 Notice only | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 560 US Attorney 650 Capital Mall, #3305 Sacramento CA 95814 | | | 2008 Notice only | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 561 US Attorney General 10th St. & Constitution Ave.HW Dept. of Justice Tax Div. Washington DC 20530 | | | 2008 Notice only | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 562 US Department of Justice 950 Pennsylvania Ave. HW Washington DC 20530 | | | 2008 Notice only | X | X | X | $ 0.00 |

Sheet No. _93_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        $ 0.00
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____
          **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 563*<br>*US Department of Justice*<br>*POBox 683 Ben Franklin Station*<br>*Attorney General Civil*<br>*Washington DC 20044* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 564*<br>*Valentine, Laurae*<br>*318 HAwthorn Ave.*<br>*Palo Alto CA 94301* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 565*<br>*Van, Linh Ngoc*<br>*189 N. Bascom Ave., #200*<br>*San Jose CA 95128* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 566*<br>*Vanished Children's Alliance*<br>*991 West Hedding St.*<br>*Ste 101*<br>*San Jose CA 95126* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 567*<br>*Verrips Construction Inc.*<br>*1987 Bonifacio St.*<br>*Concord CA 94520* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 568*<br>*Vetter, Jack*<br>*500 Bahr Dr.*<br>*Ben Lomond  CA 95005* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |

Sheet No. __94__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    *$ 0.00*
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No._____
                **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 569 <br> Vigil, Ramon G. <br> 1727 Alturas Circle <br> Salinas CA 93906 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 570 <br> Vilas, Jose <br> 814 B. Cuesta Drive <br> Mountain View CA 94040 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 571 <br> Vuong, Tuyen <br> 2422 Glen Duff Way <br> San Jose CA 95148 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 572 <br> Wachovia Mortgage <br> PO Box 60505 <br> City of Industry CA 91716-0505 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 573 <br> Walker, Donald & Carol <br> 13345 McCulloch Ave. <br> Saratoga CA 95070 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 574 <br> Walker, Richard <br> 2965 Princeton Avenue <br> Stockton CA 95204-2646 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __95__ of __104__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                **Subtotal $**     $ 0.00

                                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,     Case No. _____
_____**Debtor(s)**_____                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 575 <br> Wang, Alvin <br> 13425 Surrey Lane <br> Saratoga CA 95070 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 576 <br> Wang, Gloria <br> 1084 DiNapoli Drive <br> San Jose CA 95129 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 577 <br> Wang, Grace <br> 12473 Titus Avenue <br> Saratoga CA 95070 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 578 <br> Wang, Johnson <br> 1084 DiNapoli Dr. <br> San Jose CA 95129 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 579 <br> Wang, Samuel & Ginger <br> 1084 DiNapoli Drive <br> San Jose CA 95129 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 580 <br> Wang, Shue-Hui <br> 7150 Rainbow Drive #14 <br> San Jose CA 95129 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |

Sheet No. __96__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal $**           $ 0.00
                                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re _Richard Ferguson Tipton_ ,                    Case No. _____
           **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 581<br>Wangbickler, Arthur (Mr.&Mrs.)<br>145 El Altillo<br>Los Gatos CA 95032 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 582<br>Ward, James & Julie<br>617 Winter Road<br>Delaware OH 43015 | | | 2008<br>Potential claim<br>re Jack Ajluni suit | X | X | X | Unknown |
| Account No:<br>Creditor # : 583<br>Ward, Kelli<br>4 Eagle Rock Road<br>Mill Valley CA 94941 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 584<br>Ward, William<br>1450 Buckeye Circle<br>Salem  OH 44460 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 585<br>Warren, Larry & Patti<br>13095 Colony Avenue<br>San Martin CA 95046-9450 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 586<br>Wayne H. Thomas Consulting<br>360 Everett Ave. Apt. 2B<br>Palo Alto CA 94301 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _97_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 0.00 |
|---|---|---|
|  | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,      Case No._____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 587 <br> Webber, Dawn H. <br> PO Box 6293 <br> Indianapolis IN 46206-6293 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 588 <br> Wei, Anna <br> 4411 Winterberry Court <br> Concord CA 94521 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 589 <br> Weil, Alexis <br> 1237 18th Avenue E <br> Seattle WA 98112 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 590 <br> Weil, Marsha <br> 3425 Cowper St. <br> Palo Alto CA 94306 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 591 <br> Weil, Roman <br> 5807 S. Woodlawn Avenue <br> Chicago IL 60637 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: 9688 <br> Creditor # : 592 <br> Wells Fargo <br> PO Box 31557 <br> Billings MT 59107 | | | 2008 <br> Business line | | | | $ 60,000.00 |

Sheet No. __98__ of __104__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ | $ 60,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No._____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:     2522<br>Creditor # : 593<br>Wells Fargo<br>PO Box 14157<br>Des Moines IA 50306 | X | 2008<br>Business Credit Card | | | | $ 3,700.00 |
| Account No:     8934<br>Creditor # : 594<br>Wells Fargo<br>PO Box 14157<br>Des Moines IA 50306 | | 2008<br>Business Credit Card | | | | $ 26,000.00 |
| Account No:     4420<br>Creditor # : 595<br>Wells Fargo Bank<br>P.O. Box 14517<br>Des Moines IA 50306 | X | 1979<br>Credit Card | | | | $ 21,000.00 |
| Account No:     8609<br>Creditor # : 596<br>Wells Fargo Bank<br>P.O. Box 31557<br>Billings MT 59107 | | 20026<br>Business line | | | | $ 609.00 |
| Account No:<br>Creditor # : 597<br>Wensley, Lori<br>2180 Greenbridge Drive<br>El Sobrante CA 94803 | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 598<br>Werner, George<br>7015 NW Larch Ct<br>Redmond OR 97756-7318 | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. __99__ of __104__ continuation sheets attached to Schedule of        **Subtotal $** | $ 51,309.00
Creditors Holding Unsecured Nonpriority Claims

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,                    Case No._____
         **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 599** **Werner, George & Lee** **754 Casswood Court** **San Jose CA 95120** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 600** **Wesley, Matthew** **1256 Glenwood Drive** **San Jose CA 95125** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 601** **Wesley, Patricia** **1267 Maple Street** **Lake Oswego OR 97034** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 602** **West Valley Arborists** **PO box 162** **Campbell CA 95009** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 603** **Westamerica Bank** **2999 Douglas Blvd. Suite 155** **Cus. FBO Robert Conlon** **Roseville CA 95661** | | | *2008* *Notice only* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 604** **Westamerica Bank Cus. FBO** **Polycomp Admin. Services** **2999 Douglas Blvd. Suite 155** **Roseville CA 95661** | | | *2008* *Notice only* | X | X | X | $ 0.00 |

Sheet No. _100_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                     Subtotal $        $ 0.00
                                                     Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,   Case No. _____

                          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 605<br>Western Sierra Bank FBO<br>2999 Douglas Blvd. Suite 155<br>Keith Noble IRA<br>Roseville CA 95661 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 606<br>Williams, Paul & Jean P.<br>2753 Comstock Circle<br>Belmont CA 94002 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 607<br>Williams, Scott & Sharon<br>3180 Scriver Street<br>Santa Cruz CA 95062 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 608<br>Wilson, Beth<br>120 Granada Drive #10<br>Mountain View CA 94043 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 609<br>Wisely, Carol<br>12929 NE 71st Street<br>Kirkland WA 98033 | | | 2008<br>Notice only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 610<br>Wishner, Richard<br>1551 Awalt Court<br>Los Altos CA 94024-5859 | | | 2008<br>Notice only | X | X | X | $ 0.00 |

Sheet No. _101_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          Subtotal $        $ 0.00

                                                          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ _____ ,   Case No._____
       **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 611*<br>*Wolfe, Jeffrey*<br>*3865 Piccadilly Drive*<br>*Reno NV 89509* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 612*<br>*Workman, James*<br>*35 Delmar Street*<br>*San Francisco CA 94117* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 613*<br>*Wu, Benjamin & Anna*<br>*327 San Carlos Avenue*<br>*Piedmont CA 94611* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 614*<br>*Wu, James & Eva*<br>*115 Wildwood Gardens*<br>*Piedmont CA 94611* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 615*<br>*Wu, Jessica*<br>*20090 Edinburgh Drive*<br>*Saratoga CA 95070* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |
| Account No:<br>*Creditor # : 616*<br>*Wu, Louis*<br>*36 Dudley Court*<br>*Piedmont CA 94611* | | | *2008*<br>*Notice only* | X | X | X | *$ 0.00* |

Sheet No. _102_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   *$ 0.00*
**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_ ,     Case No. _____

Debtor(s)                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 617** **Wu, Paul** **20090 EdinBurgh Drive** **Saratoga CA 95070** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 618** **Yang, Sophia** **19937 Scotland Drive** **Saratoga CA 95070** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 619** **Yin, David** **13527 Toni Ann Place** **Saratoga 95070 95070-4853** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 620** **Yin, Mingtang** **13547 Toni Ann Place** **Saratoga CA 95070-4853** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 621** **Yu, Andrew** **3528 West Lake Drive** **Martinez  GA 30907** | | | **2008** **Notice only** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 622** **Yu, Celia** **3528 West Lake Drive** **Martinez GA 30907** | | | **2008** **Notice only** | X | X | X | $ 0.00 |

Sheet No. _103_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Richard Ferguson Tipton_____ ,     Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 623 <br> Zhang, Guangsheng <br> 696 Towle Way #33 <br> Palo Alto CA 94306 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 624 <br> Zhu, Eric <br> 2792 Maria Street <br> Pleasanton CA 94588 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 625 <br> Zimmerman, Joan <br> 109 Lake Merced Hill, No. 1C <br> San Francisco CA 94132 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 626 <br> Zona, Theresa & Constance <br> 12148 Lavita Way <br> Boynton Beach FL 33437 | | | 2008 <br> Notice only | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _104_ of _104_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 0.00

**Total $**       $ 7,350,506.15

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re **Richard Ferguson Tipton** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Dublin Volkswagen* <br> *6085 Scarlett Court* <br> *Dublin CA 94568* | Contract Type:*Auto lease* <br> Terms:*36 months* <br> Beginning date:*3/1/2011* <br> Debtor's Interest:*Lessee* <br> Description: *Lease of 2001 Volkswagen Jetta: 3/11 to 3/14.* <br><br> Buyout Option:*None* |
| *Lexus of Stevens Creek* <br> *3333 Stevens Creek Boulevard* <br> *San Jose CA 95117* | Contract Type:*Auto lease* <br> Terms: <br> Beginning date: <br> Debtor's Interest:*Lessee* <br> Description: *Lexus Automobile terminates in 6/11* <br><br> Buyout Option:*None* |

In re  Richard Ferguson Tipton _____ / Debtor     Case No. _____

                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| David S. Lee<br>4962 El Camino Real<br>Los Altos CA  94022 | Securities & Exch. Commission<br>c/o Mark J. Fagel<br>44 Montgomery St., Suite. 2600<br>San Francisco CA  94104 |
| David S. Lin | Securities & Exch. Commission<br>c/o Mark J. Fagel<br>44 Montgomery St., Suite. 2600<br>San Francisco CA  94104 |
| Edge Builders<br>3110 Louis Road<br>Palo Alto CA  94303 | HCC<br>601 S. Figueroa St., Ste. 1600<br>Los Angeles CA  90017 |
| Edward G. Locker<br>1300 Arbor Avenue<br>Los Altos CA  94024 | DCL LLC<br>PO Box 1928<br>Mountain View CA  94042 |
|  | S. Mayer vs JSW Financial Inc.<br>c/o Leonard E. Marquez<br>1111 Broadway St., 24FI<br>Oakland CA  94607 |
|  | Securities & Exch. Commission<br>c/o Mark J. Fagel<br>44 Montgomery St., Suite. 2600<br>San Francisco CA  94104 |
|  | Toyon Group, LP<br>PO Box 1928<br>Mountain View CA  94042 |
| James S. Ward<br>617 Winter Road<br>Delaware OH  43015 | HCC<br>601 S. Figueroa St., Ste. 1600<br>Los Angeles CA  90017 |

Page __ of __ 1  of  2

In re __Richard Ferguson Tipton_____ / Debtor    Case No. _____

                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *S. Mayer vs JSW Financial Inc.*<br>*c/o Leonard E. Marquez*<br>*1111 Broadway St., 24FI*<br>*Oakland CA  94607* |
| *James S. Ward...continued* | *Securities & Exch. Commission*<br>*c/o Mark J. Fagel*<br>*44 Montgomery St., Suite. 2600*<br>*San Francisco CA  94104* |
| *JSW Financial Inc.* | *Securities & Exch. Commission*<br>*c/o Mark J. Fagel*<br>*44 Montgomery St., Suite. 2600*<br>*San Francisco CA  94104* |
| *Marcia Tipton* | *Palo Alto Medical Foundation*<br>*PO Box 60000 (File No. 74003)*<br>*San Francisco CA  94160-0001* |
| | *Toyota Motor Credit Co.*<br>*4000 Executive Pkwy*<br>*San Ramon CA  94583* |
| | *Wells Fargo Bank*<br>*P.O. Box 14517*<br>*Des Moines IA  50306* |
| *Tipton Management Company*<br>*P.O. Box 60221*<br>*Palo Alto CA  94306* | *Home Depot Credit Services*<br>*PO Box 183175*<br>*Columbus OH  43218-3175* |
| | *Wells Fargo*<br>*PO Box 14157*<br>*Des Moines IA  50306* |

In re _Richard Ferguson Tipton_ , Case No. _____
                                                                            (if known)
**Debtor(s)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: | RELATIONSHIP(S): | | AGE(S): |
| _Single_ | _Daughter_ | | _22_ |
| | _Son_ | | _19_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Real Estate Manager_ | |
| Name of Employer | _Tipton Management Company_ | |
| How Long Employed | _19 years_ | |
| Address of Employer | _PO Box 60221_ _Palo Alto CA  94302_ | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | _8,500.00_ | $ | _0.00_ |
| 2. Estimate monthly overtime | $ | _0.00_ | $ | _0.00_ |
| 3. SUBTOTAL | $ | _8,500.00_ | $ | _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | _810.00_ | $ | _0.00_ |
| b. Insurance | $ | _0.00_ | $ | _0.00_ |
| c. Union dues | $ | _0.00_ | $ | _0.00_ |
| d. Other  (Specify): | $ | _0.00_ | $ | _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _810.00_ | $ | _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | _7,690.00_ | $ | _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ | _0.00_ |
| 8. Income from real property | $ | _0.00_ | $ | _0.00_ |
| 9. Interest and dividends | $ | _0.00_ | $ | _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ | _0.00_ |
| 11. Social security or government assistance (Specify): | $ | _0.00_ | $ | _0.00_ |
| 12. Pension or retirement income | $ | _0.00_ | $ | _0.00_ |
| 13. Other monthly income (Specify): | $ | _0.00_ | $ | _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | _0.00_ | $ | _0.00_ |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ | _7,690.00_ | $ | _0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | _7,690.00_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_In addition to managing Tipton Management Company, Debtor expects to begin activities as an independent realtor in the second half of 2011, with an increased income in 2012.  The amount of increase is unknown at this time and depends on various marketing and market factors to be encountered by debtor in this new profession.  Tipton Management Company expects some increases in its business which might translate to a possible higher salary for debtor in the future.  The amount and timing is not known at this time._

In re **Richard Ferguson Tipton** _____,  **Case No.** _____

**Debtor(s)**  (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 750.00 |
|     a. Are real estate taxes included?   Yes ☐  No ☒ | |
|     b. Is property insurance included?   Yes ☐  No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 0.00 |
|     b. Water and sewer | $ 0.00 |
|     c. Telephone | $ 40.00 |
|     d. Other | $ 0.00 |
|       Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 90.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 170.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 70.00 |
|     e. Other | $ 0.00 |
|       Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other: **US Trustee's quarterly payment** | $ 220.00 |
|     c. Other: **Legal and Professional** | $ 350.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: **Automobile Payment for child** | $ 195.00 |
|     Other: **Auto Insurance for child** | $ 300.00 |
|     Line 17 Continuation Page Total (see continuation page for itemization) | $ 4,000.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 6,945.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtor's children will finish college in two years, thus freeing up debtor from his obligation to pay for their tuition, room, and board.  At about the same time, debtor shall use up the net operating loss carry forwards that are keeping his income tax rate at zero.  Depending on debtor's income at that time, it is anticipated that one obligation may completely offset the other.  It is also anticipated that debtor may move to more normal accommodations (re**

*currently leases one room) in which case his rental expense would increase.*

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a. Average monthly income from Line 16 of Schedule I | $ | 7,690.00 |
| b. Average monthly expenses from Line 18 above | $ | 6,945.00 |
| c. Monthly net income (a. minus b.) | $ | 745.00 |

**In re** <u>Richard Ferguson Tipton</u>                    ,          **Case No.** _____
                    **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

**17. (continuation) OTHER EXPENSES**

| *Tuition, Room & Board, 2 children, Court Ordered* | $ | 4,000.00 |
|---|---|---:|
| **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)** | $ | 4,000.00 |

In re _Richard Ferguson Tipton_                                         Case No. _____

                        Debtor                                                 (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _125_   sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _4/18/2011_ _____        Signature  _/s/ Richard Ferguson Tipton_ _____

                                                **Richard Ferguson Tipton**

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: *Richard Ferguson Tipton*          Case No.
    *aka Richard Tipton*
    *aka Rick Tipton*

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

    Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

    "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

*Year to date: $29,500.00*
   *Last Year:$139,750.00*
*Year before: $161,388.00*

---

### 2. Income other than from employment or operation of business

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

*Year to date:$12,300.00*       *IRA distribution*
   *Last Year:$35,000.00*      *IRA distribution*

AMOUNT                                    SOURCE

*Year before:*

---

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Litke O'Farrell vs. American Hotels inc., el al. Case No. CGC-07-464972* | *Complaint for Breach of Warranty* | *Superior Court of California County of San Franciso* | *Judgment $675k* |
| *S. Mayer, et al. vs. JSW Financial, Inc. Case No. 1-10-CV-185336* | *Professional Negligence and Breach of Fiduciary Duty* | *Superior Court of California County of Santa Clara* | *Pending* |
| *Abel, et al. vs. JSW Financial Inc., et al. Case No. 1-09-CV-139219* | *Fraud, Negligent Misrepresentation, Breach of Fiduciary Duty* | *Superior Court of California County of Santa Clara* | *Pending* |
| *Ajluni vs. J. Ward, et al. Case* | *Fraud* | *Superior Court of California County* | *Dismissed 1/11 w/o prejudice* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *No.1-09-CV-158397* | | *of Santa Clara* | |
| *Securities and Exchange Commission vs. JSW Financial Inc. et al. Case No. CV 11-1356* | *Breach of Fiduciary Duty* | *United States District Court Norther District of California San Francisco Division* | *Pending* |
| *J. Mills vs. JSW Financial Inc. Case No. 1-09-CV-141321* | *Breach of Contract/Warranty* | *Superior Court of California County of Santa Clara* | *Settled. Bal. due $60,000.* |
| *SDG Architects, Inc. vs. Columbiana Development, Case No. 1-08-CV129488* | *Damages* | *Santa Clara County Superior Court* | *Dimissed w/o prejudice* |

| None ☐ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name: Litke O'Farrell, LLC<br>Address: c/o Richard Gullen<br>Rossi Hamerslough<br>1960 Alameda, Suite 200<br>San Jose, CA 95126 | *3/24/2011* | *Description: Bank of America checking account XXXX5237*<br>*Value: $1,235.18 - subject to preference action by the trustee.* |
| Name: Litke O'Farrell, LLC<br>Address: c/o Richard Gullen<br>Rossi Hamerslough<br>1960 Alameda, Suite 200<br>San Jose, CA 95126 | *3/24/2011* | *Description: Wells Fargo checking account XXXX5268*<br>*Value: $289.61 - subject to preference action by the trustee.* |
| Name: Litke O'Farrell, LLC<br>Address: c/o Richard Gullen<br>Rossi, Hamerslough<br>1960 The Alameda, Ste. 200<br>San Jose, CA 95126 | *1/24/2011* | *Description: Lien of the San Francisco County Superior Court's 3/11/2011 Order to Charge Judgment Debtor's Interests in the following entities: Hayward Partners; Gilroy Ramada Partners; Firestone Lodge Partners; Sequoia Main Street, LLC; Tipton Metro, LLC; and Metropolitan Hotel, LLC. This lien relates back to the date of service of the Notice of Motion for Order to Charge Judgment on said entities and is subject to a preference* |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | *action by the trustee. (Please note that creditor's ex-spouse interests in the same entities, transferred to her on 01/18/11, were purported to be charged by the Order of the Superior Court dated April 13, 2011, and relating back to the date of service, as above, on January 24, 2011.* Value: Unknown. |
| *Name: Litke O'Farrell, LLC Address: c/o Richard Gullen Rossi, Hamerslough 1960 The Alameda, Ste. 200 San Jose, CA 95126* | 3/24/2011 | *Description: Bank of America checking account not belonging to debtor and belonging to Tipton Management Company's client, but wrongly reported by the bank, was seized by creditor.* Value: About $11,000.00 |

## 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name: Palo Alto Rotary Club Addresss: Palo Alto, CA* | *None* | *2010* | *Description: Contributions* Value: $300 |
| *Name: First Congregational Church* | *None* | *2010* | *Description: Contribution* Value: $350.00 |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Addresss:  Palo Alto, CA* | | | |
| *Name: Stanford University*<br>*Addresss: Stanford, CA* | *University Alumnus* | *2010* | *Description: Money*<br>*Value:$500.00* |

---

### 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Stephen Benda*<br>*Address: 750 Menlo Avenue,*<br>*Suite 350*<br>*Menlo Park, CA 94025* | *Date of Payment: 02/11*<br>*04/11*<br><br>*Payor: Richard F. Tipton* | *$720 Consultation*<br>*$13,839.53 attorney fees*<br>*expended and retainer and*<br>*$1,039.00 filing fees* |
| *Payee:  Binder & Malter, LLP*<br>*Address:  2775 Park Avenue*<br>*Santa Clara, CA 95050* | *Date of Payment:  2008-2010*<br>*Payor:  Richard F. Tipton* | *$25,000.00 "Financial*<br>*Anlaysis"* |
| *Payee: William C. Lewis,*<br>*Esq. for a/c of JSW*<br>*Financial, Inc.*<br>*Address: 510 Waverley*<br>*Street, Palo Alto, CA 94301* | *Date of Payment:  2010*<br>*Payor: Richard Ferguson*<br>*Tipton* | *$5,000* |

---

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:  Self*<br>*Address:*<br>*Relationship:* | *2010 &*<br>*2011* | *Property:  IRA Distributions (see #2 above)*<br>*Value:    $47,300.00* |
| *Transferee:  Marcia Tipton*<br>*Address:   2700 Ramona, Palo*<br>*Alto, CA*<br>*Relationship:  Ex-spouse* | *4/18/2011* | *Property:    See Schedule B, items 13 and*<br>*14. The ex-spouse's half of the seven*<br>*entities that have a "*" after the word*<br>*"interest" was transferred by debtor to his*<br>*ex-spouse Marcia Tipton in kind on January*<br>*18, 2011, pursuant to the marital* |

| NAME AND ADDRESS OF<br>TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | *settlement agreement of same date which effectuated a 50/50 split of the community property.* |
| | | *Value: $148,300.* |

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

## 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE<br>OF SALE OR CLOSING |
|---|---|---|
| *Institution:  Wells Fargo*<br>*Address: Palo Alto, CA* | *Account Type and No.:*<br>*Checking xxx5268*<br>*Final Balance:   0.00* | *March 2011* |
| *Institution:   Comerica Bank*<br>*Address:   250 Lytton Avenue*<br>*Palo Alto, CA* | *Account Type and No.:*<br>*Checking xxx4970*<br>*Final Balance:   0.00* | *March 2011* |
| *Institution:  Comerica Bank*<br>*Address:   250 Lytton Avenue*<br>*Palo Alto, CA* | *Account Type and No.:*<br>*Savings xxxx3318*<br>*Final Balance: 0.00* | *March 2011* |

---

## 12. Safe deposit boxes

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

---

## 13. Setoffs

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Owner:  2400 Lansford LP*<br>*Address: PO Box 1928*<br>*Mountain View, CA 94042-1928* | *Description:  Money in trust account*<br>*Value:  $488.10* | *California Bank and Trust, Mountain View, CA* |
| *Owner: Isabelle Court*<br>*Address:  PO Box 1928*<br>*Mountain View, CA 94042-1928* | *Description:  Money in trust account*<br>*Value:  $2,995.28* | *California Bank and Trust, Mountain View, CA* |
| *Owner:  3870 Magnolia Drive LP*<br>*Address:  PO Box 1928*<br>*Mountain View, CA 94042-1928* | *Description:  Money in trust account*<br>*Value:  $84.86* | *California Bank and Trust, Mountain View, CA* |
| *Owner:  Toyon Group LP*<br>*Address:  PO Box 1928*<br>*Mountain View, CA 94042-1928* | *Description:  Money in trust account*<br>*Value:  $2,011.88* | *California Bank and Trust, Mountain View, CA* |
| *Owner:  3654 Highland Ave. LLC*<br>*Address:  PO Box 1928*<br>*Mountain View, CA 94042-1928* | *Description:  Money in trust account*<br>*Value:  3,002.90* | *California Bank and Trust, Mountain View, CA* |
| *Owner:  Topping Way LP*<br>*Address:  PO Box 1928*<br>*Mountain View, CA 94042-1928* | *Description:  Money in trust account*<br>*Value: $50.33* | *California Bank and Trust, Mountain View, CA* |

**15. Prior address of debtor**

None  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that
☐    period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:  Richard F. Tipton*<br>*Address:  3110 Louis*<br>*Palo Alto, CA* | *Name(s):  Richard F. Tipton* | *May 2010 to March 2011* |
| *Debtor:  Richard F. Tipton*<br>*Address:  2700 Ramona*<br>*Palo Alto, CA* | *Name(s):  Richard F. Tipton* | *April 2009 to July 2010* |
| *Debtor:  Richard F. Tipton*<br>*Address:  2779 Ramona*<br>*Palo Alto, CA* | *Name(s):  Richard F. Tipton* | *1992 to July 2009* |

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 143 of 241

## 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Name:  Marcia Tipton*

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

Case: 11-53640   Doc# 1   Filed: 04/18/11   Entered: 04/18/11 19:59:35   Page 144 of 241

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *American Hotels, Inc.* | *ID: Unknown* | *Dissolved No forwarding address* | *Hotel Management* | *1985-2005* |
| *Columbiana Development, Inc.* | *ID: 20-3846149* | *Out of business since 2008 P.O. 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |
| *JSW Financial, Inc.* | *ID: 20-2799786* | *16830 Ventura Blvd., Ste. 360 Encino, CA 91436* | *Lender - In bankruptcy* | *2006-2008* |
| *JSW Homes, Inc.* | *ID: 20-221-7239* | *Abandoned P.O. 1928 Mountain View, CA 94042* | *Sales* | *2006-2008* |
| *Tipton Management Company* | *ID: 80-0128667* | *PO Box 60221 Palo Alto, CA 94306* | *Management Company* | *1991 - Present* |
| *1144 El Abra, LP* | *ID: 20-4396628* | *Defunct P.O. 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |
| *1197 Crescent Drive, LP* | *ID: 20-4841906* | *Defunct P.O. 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |
| *2400 Lansford Avenue, LP* | *ID: 20-5017035* | *Defunct P.O. 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |
| *3654 Highland Avenue, LLC* | *ID: 20-3456341* | *Defunct P.O. 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |
| *3870 Magnolia Drive, LP* | *ID: 20-4258105* | *Defunct P.O. 1928* | *Builder* | *2006-2008* |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | Mountain View, CA 94042 | | |
| 498 Fulton Street, LP | ID: 20-5080395 | Defunct P.O. 1928 Mountain View, CA 94042 | Builder | 2006-2008 |
| 700 Chimalus Drive, LP | ID: Unknown | Defunct P.O. 1928 Mountain View, CA 94042 | Builder | 2006-2008 |
| 941 Michigan Avenue, LP | ID: 20-4060676 | Defunct P.O. 1928 Mountain View, CA 94042 | Builder | 2006-2008 |
| Emerson Management, LLC | ID: 22-4437476 | PO Box 6021 Palo Alto, CA 94306 | Management Company | 2010 - Present |
| Firestone Lodge Partners, General Partnership | ID: 94-3232045 | P.O. 60221 Palo Alto, CA 94306 | Developer | 88- present |
| Gilroy Ramada Partners, General Partnership | ID: 94-3312548 | 2596 Bay Road, #A Redwood City, CA 94063 | Developer | 1991-present |
| Hayward Partners, General Partnership | ID: 33-0614474 | 981 Calle Negocio, Suite 200 San Clemente, CA 92673 | Property Owner | 1991 - present |
| Isabelle Court, LP | ID: 20-4258190 | Defunct No forwarding address | Builder | 2006-2008 |
| Metropolitan Hotel, LLC | ID: 20-4763697 | PO Box 60221 Palo Alto, CA 94063 | Hotel Operator | 2006 - Present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Sequoia Main Street, LLC* | *ID:* *Unknown* | *2596 Bay Road, #A Redwood City, CA 94063* | *Developer* | *2009 - Present* |
| *Tipton Metro, LLC* | *ID:* 77-0489662 | *PO Box 60221 Palo Alto, CA 94306* | *Commercial building* | *2006 - Present* |
| *Topping Way, LP* | *ID:* 20-3846197 | *Defunct P.O. Box 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |
| *Toyon Group, LP* | *ID:* 20-5913752 | *Defunct P.O. Box 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |
| *1263 Richardson, LLC* | *ID:* 20-3210089 | *Defunct P.O. Box 1928 Mountain View, CA 94042* | *Builder* | *2006-2008* |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☐

| NAME | ADDRESS |
|---|---|
| *1144 El Abra, LP* | *PO Box 1928 Mountain View, CA 94042-1928* |
| *1197 Crescent Drive, LP* | *PO Box 1928 Mountain View, CA 94042-1928* |
| *2400 Lansford Avenue, LP* | *PO Box 1928 Mountain View, CA 94042-1928* |
| *3870 Magnolia Drive, LP* | *PO Box 1928 Mountain View, CA 94042-1928* |
| *498 Fulton Street, LP* | *PO Box 1928 Mountain View, CA 94042-1928* |

| NAME | ADDRESS |
|---|---|
| *700 Chimalus Drive, LP* | *PO Box 1928* <br> *Mountain View, CA 94042-1928* |
| *941 Michigan Avenue, LP* | *PO Box 1928* <br> *Mountain View, CA 94042-1928* |
| *Firestone Lodge Partners, General Partnership* | *PO Box 60221* <br> *Palo Alto, CA 94306* |
| *Gilroy Ramada Partners, General Partnership* | *PO Box 60221* <br> *Palo Alto, CA 94306* |
| *Hayward Partners, General Partnership* | *981 Calle Negocio, Suite 200* <br> *San Clemente, CA 92673* |
| *Isabelle Court, LP* | *PO Box 1928* <br> *Mountain View, CA 94042-1928* |
| *Metropolitan Hotel, LLC* | *PO Box 60221* <br> *Palo Alto, CA 94306* |
| *Sequoia Main Street, LLC* | *2596 Bay Road, #A* <br> *Redwood City, CA 94063* |
| *Tipton Metro, LLC* | *PO Box 60221* <br> *Palo Alto, CA 94306* |
| *Topping Way, LP* | *PO Box 1928* <br> *Mountain View, CA 94042-1928* |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date *04/18/2011*     Signature  */s/ Richard Ferguson Tipton*
of Debtor

Date _____     Signature _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  *Richard Ferguson Tipton*
*aka Richard Tipton*
*aka Rick Tipton*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:  *Stephen Benda (SBN #126608)*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *13,839.53*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . $ _____ *13,839.53*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.  $ ____*1,039.00*____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *04/18/2011*                    Respectfully submitted,

                              X*/s/ Stephen Benda (SBN #126608)* _____
Attorney for Petitioner:*Stephen Benda (SBN #126608)*
                         *Law Offices of Stephen Benda*
                         *750 Menlo Avenue*
                         *Suite 350*
                         *Menlo Park CA  94025*
                         *(650) 323-6600  Esq@Bendalaw.com*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Richard Ferguson Tipton*
   *aka Richard Tipton*
   *aka Rick Tipton*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: **Stephen Benda (SBN #126608)**

## CERTIFICATION OF CREDITOR MATRIX

     I hereby certify that the attached matrix includes the names and addresses of all creditors listed on the debtor's schedules.

Dated: *04/18/2011*
_____

*/s/ Stephen Benda (SBN #126608)*
_____
Debtor's Attorney

```
1197 Crescent Drive  LP
PO Box 1928
Mountain View  CA  94042


1263 Richardson  LLC
PO Box 1928
Mountain View  CA  94042


3654 Highland Avenue  LLC


498 Fulton Street  LP
PO Box 1928
Mountain View  CA  94042


84 Lumber
PO Box 365
Eighty Four  PA  15330-0365


941 Michigan Avenue  LP
PO Box 1928
Mountain View  CA  94042


Abel  Mark
3166 Camino de Aguas
Carlsbad  CA  92009


Able Underground Construction
1020 Ruff Dr
San Jose  CA  95110
```

Adamski   Christopher
PO Box 5837
Carmel   CA   93921


ABS
2847 Gundry Ave
Long Beach   CA   90806


AC Solutions
5029 Balboa Blvd
Encino   CA   91316


Accountemps
File 73484
P O   Box 600000
San Francisco   CA   94160-3484


Accurate Cleaning Systems
P O   Box 2465
Hollister   CA   95024-2465


Adamski   Christopher
2453 Zalinger Rd
Columbus   OH   43221


ADC
A Fine Kitchen & Bath Showroom
1264 S   Bascom Ave
San Jose   CA   95128-3513

```
AICCO  Inc
Department 7615
Los Angeles  CA  90084-7615


Ajluni  Fadwa
670 Hathaway Court
San Jose  CA  95136


Ajluni  Jack
142 Stone Pine Lane
Menlo Park  CA  94025


Ajluni  Sabri
670 Hathaway Court
San Jose  CA  95136


Ajluni  Salem
P O  Box 770001
Cincinnati  OH  45277-0003


Ajluni  Salem
670 Hathaway Court
San Jose  CA  95136


Alcantar  Dyane
5851 Masoni Place
Gilroy  CA  95020
```

Alcantar  Isiah
5851 Masoni Place
Gilroy  CA  95020


Alhambar & Sierra Springs
PO Box 660579
Dallas  TX  75266-0579


Allard  Jeffrey
1574 Winding Way
Belmont  CA  94002


Alleman  Rodger and Lorriane
1640 Elmhurst Drive
Los Altos  CA  94024


Allen  James P
611 Mission Street
Santa Cruz  CA  95060


Allen  Robert & Dorothy
12468 Barley Hill Road
Los Altos  CA  94024-5235


Alois Tieber
1336 Cerro Verde
San Jose  CA  95120-4905

Altos Developers  LLC
833 N  San Antonio Rd
Los Altos  CA  94022


Alvand Construction
10413 Torre Avenue Suite 700
Cupertino  CA  95014


AmberWood Products Inc
1555 S  Seventh St
Building 7
San Jose  CA  95112


American Blueprint Service
325 Prescott Ln
Pacific Grove  CA  93950


American Soil Testing  Inc
2734 S  Bascom Avenue
San Jose  CA  95124


Anderson  Jon & Linda
16808 Tudor Lane
Meadow Vista  CA  95722


Anoosheh  Khashayar
14840 Las Flores Lane
Los Gatos  CA  95032

Anthem Engineering
42111 N  La Crosse Trail
Anthem  AZ  85086


Applied Business Software  Inc
2847 Gundry Ave
Long Beach  CA  90755


Archer  Albert & Eleanor
3799 Sylvia Lane
Auburn  CA  95602


Archer  Kelley
5810 Cowen PL  NE  #105
Seattle  WA  98105-2525


Armbrust Dorothy& Wade & Gayle
3604 Grant Court
Columbia  MO  65203-5800


Assar  Mahmud
450 Cliff Drive
Aptos  CA  95003


Assar  Mahmud
422 Seaview Drive
Aptos  CA  95003

Atlantic Concrete
PO Box 1772
Gilroy  CA  95021


Attorneys Corporation Service
3021 W  MAgnolia Blvd
Burbank  CA  91505


Baker  Norman
11789 Lakeshore N
Auburn  CA  95602-8316


Bakshi  Lakshmi
550 Ortega Avenue
Box A-112
Mountain View  CA  94040


Balter McMillan Diane&Michael
2672 McAllister Street
San Francisco  CA  94118


Bancroft  Edward
7025 Cook Court SE
Snoqualmie  WA  98065


Barco Construcion  Inc
380 Mansfield Rd
Hollister  CA  95023

Barry  Michelle
324 Durham Street
Menlo Park  CA  94025


Bay Area Sports Hall of Fame
235 Montgomery St
12th Floor
San Francisco  CA  94104


BB&T Insurence Svcs of CA  Inc
PO Box 51793
Los Angeles  CA  90051-6093


BBB
1000 Broadway Suite 625
Oakland  CA  94607


Beams  Terry
13643 Morgan Street
Fontana  CA  92336-3814


Beautz  Luke R  C E  L S
2026 Alice Street
Santa Cruz  CA  95062


Bellino  Robert
2856 Bardy Road
Santa Rosa  CA  95404

Belmont Doors
550 Harbor Blvd
Belmont   CA  94002


Bernstein  Melvin & Aviva
726 Loma Verde
Palo Alto  CA  94303


Beeson  Janelle
16440 Kings Canyon Court
Morgan Hill  CA  95037


Best Beverage Catering
540 Barneveld Ave  Unit K
San Francisco  CA  94124-1804


Birang  Manush
18836 Favre Ridge Road
Los Gatos  CA  95033


Black  Boyd
9403 Lincolnwood Drive
Evanston  IL  60203


Black  Dwight
941 Michigan Avenue
San Jose  CA  95125

```
Black  Emerson
PO Box 6293
Indianapolis  IN  46206-6293


Bleibler  Kenneth
559 Cherry Avenue
Los Altos  CA  94022


Bleibler  Robert & Ruth
808 Grape Avenue
Sunnyvale  CA  94087


Blue Chip Realty Fund  LLC
PO Box 1928
Mountain View  CA  94042


Blue Cross of California
PO Box 70000
Van Nuys  CA  91470-0001


Blue Shield of California
PO Box 272540
Chico  CA  95927-2540


Boliard  Takasugi  & McBride
950 Iron Point Rd  Ste 240
Folsom  CA  95630
```

Bonanza Heating & Air
1098 - A Independence Ave
Mountain View   CA   94043--


Booth   Richard
3979 Nordica Court
San Jose   CA   95124


Borbar   Jamshid
104 Hilow Court
Los Gatos   CA   95032


Bordbar   Kamyar or Nilgun
104 Hilow Court
Los Gatos   CA   95032


Bordbar   Roxanna
104 Hilow Court
Los Gatos   CA   95032


Bowles   Judy
5886 Cabral Avenue
San Jose   CA   95123


Bowman & Williams
1011 Cedar
Santa Cruz   CA   95061-1621

Boyer  Renate
111 Morse Avenue #230
Sunnyvale  CA  94089


Bradshaw  Leslie
1095 Sanders Drive
Moraga  CA  94556


Branagan  Thomas
4150 Court Dr
Santa Cruz  CA  95062


Brand Technologies  Inc
2652 Falmouth Rd
Toledo  OH  43615


Brandon Vaccro Photography
848 Corriente Pointe Dr
Redwood City  CA  94065


Breitbard  Susan
765 Chimalus Avenue
Palo Alto  CA  94306


Brown  Edward
4112 Pine Meadows Way
Pebble Beach  CA  93953

Brown  Margot
3217 Fiji Lane
Alameda  CA  94502


Brown  Muriel
819 Toyon Way
Redwood City  CA  94062


Brown  Ronald & Sharon
828 Toyon Way
Redwood City  CA  94062


Browne  Harry
850 Webster Street  Apt  715
Palo Alto  CA  94301


Bruno  Bobbie
870 Old Farm Lane
Aptos  CA  95003


Builders Control Inc
18 Embarcadero Cove
Oakland  CA  94606-5211


Burns  Susan
519 North Street  #2
Sausalito  CA  94965

Busetti  Margaret
c/o Margherita Labanca
Via Marzanica 39
24124 BERGAMO  Italy


C & W Communications Inc
214 Creekside Village Dr
Los Gatos  CA  95032


CA Attorney General
1300 I Street
Sacramento  CA  95814


CA Board of Equalization
PO Box 942879
Sacramento  CA  94279-0001


California Choice
721 S  Parker
Ste  200
Orange  CA  92868


California Custom Carpets
6815 Dublin Blvd
Dublin  CA  94586


California Land Title of Marin
700 Irwin St  Ste 100
San Rafael  CA  94901

California Living & Energy
3015 Dale Court
Ceres  CA  95307


Campinotti  Diana
350 Troon Way
Half Moon Bay  CA  94019


Canada Woods Water Company
PO Box 221850
Carmel  CA  93922


Carney  Ian D
150 Park Ave
Felton  CA  95018


Carney  Mickey
1155 Country Club Dr
Ben Lomond  CA  95005


Carrel  Katy
10341 Cherry Tree Lane
Cupertino  CA  95014


Carrel  Robert & Marilyn
9733 Bainbridge Place
Stockton  CA  95209

Carter  Alice
200 Sheridan Avenue Apt 201
Palo Alto  CA  94306


Cassel  Ronald and Karen
128 Magneson Terrace
Los Gatos  CA  95032


Castano  Esther
236 Rodrigues Avenue
Milpitas  CA  95035-5718


Cbeyond
PO Box 50326
Los Angeles  CA  90074-0326


CCC
150 Park Ave

Felton  CA  95018


Chancellor  Brian & Nana
106 Peninsula Avenue
San Mateo  CA  94401


Chang  Chueh
13527 Toni Ann Place
Saratoga  CA  95070-4853

Chang  Cynthia
13527 Toni Ann Place
Saratoga  CA  95070-4853


Chang  Ivana
1471 Tartarian Way
San Jose  CA  95129


Chang  Yann-An
1471 Tartarian Way
San Jose  CA  95129


Chao  Chien-Chung
5646 Bordley Drive
Houston  TX  77056-2330


Chao  Chih-Han
5646 Bordley Drive
Houston  TX  77056-2330


Chao  Chih-Yun
5646 Bordley Drive
Houston  TX  77056-2330


Chao  Samuel & Betty
5099 Capannelle Terrace
San Jose  CA  95129

Chase  Margaret
14638 S W  Fern Street
Tigard  OR  97223


Chen  Jean
2291 Arkansas Valley Avenue
Henderson  NV  89044


Chen  Jung Shou (Amy)
625 Barbara Way
Hillsborough  CA  94010


Cheng  Fang Juan
2213 Charter Way
San Leandro  CA  94579


Cheng  Fred
12320 Page Mill Road
Los Altos Hills  CA  94022


Chern  Tong-Seng&Shing-Shing
136-17 Maple Avenue
Apt  8C
Flushing  NY  11355


Chiang  James and Yeng-Fong
2585 Park Blvd  #Z-210
Palo Alto  CA  94306

Chicago Title Company
675 N  First Street  Suite 400
San Jose  CA  95122


Chicago Title Company
601 Riverside Avenue
Jacksonville  FL  32204


Chiong  Phoebe
c/o Chris Marino
2400 W  El Camino Real  #117
Mountain View  CA  94040


Chu  Hanford & Alice
583 Spruce Street
Oakland  CA  94606


Chu  Helina & Jian Kenneth
25298 Buckeye Drive
Castro Valley  CA  94552


Chuang  Annie
10982 Wilkinson Avenue
Cupertino  CA  95014


Chuang  Cynthia
10982 Wilkinson Avenue
Cupertino  CA  95014

Chuang  Shih-Hsien
10982 Wilkinson Avenue
Cupertino  CA  95014


Chuang  Su-Jan
10982 Wilkinson Avenue
Cupertino  CA  95014


Chubb
PO Box 7242-0180
Philadelphia  PA  19170--


Chu-Jian  Joanna
25298 Buckeye Drive
Castro Valley  CA  94552


Cingular Wireless
PO Box 60017
Los Angeles  CA  90060-0017


CitiBusiness Card
PO Box 6416
The Lakes  NV  88901-6416


City of Mountain View
500 Castro St
PO Box 7540
Mountain View  CA  94039

City of Palo Alto Utility
PO Box 10097
Palo Alto  CA  94303-0897


City of San Carlos
600 Elm Street
San Carlos  CA  94070


City of Santa Cruz
809 Center Street
Room 107
Santa Cruz  CA  95060


City Park of Sunnyvale
Owners Assc -c/o Chrsitison Co
3090 Independence Drive  #100
Livermore  CA  94551


CLA Engineers Inc
871 Coleman Ave #200
San Jose  CA  95110-1831


Clayton  Robert
1184 Singingwood Court
Walnut Creek  CA  94595


Coch  Erika
640 Larchmont Drive
Colma  CA  94015

Columbiana Development Inc
PO Box 1928
Mountain View   CA   94042


Commonwealth Land Title Co
2105 S  Bascom Ave  Suite 135
Campbell  CA  95008


Conlon  Robert
130 Farm Road
Woodside  CA  94062


Conte  David
700 Celeste Way
Santa Cruz  CA  95065


Contractors State LicenseBoard
9821 Business Park Drive
Sacramento  CA  95827


Cooney  David
1570 Cowper Street
Palo Alto  CA  94301


Cooney  David P
Alternative Investment Service
211 Main St
San Francisco  CA  94105

```
Cornerstone Tile Company
5990 Stoneridge Drive
Ste  119
Pleasanton  CA  94588


Craig  Robert J
966 Elsie Mae Dr
Boulder Creek  CA  95006


Cruz  Rafael
23423 Mountain Drive
Twain Harte  CA  95383


Cuen  Jorge & Sandra
8645 Cave City Road
Mountain Ranch  CA  95246


Curry  Sue
1449 Harker Avenue
Palo Alto  CA  94301


Darke  Gloria
49 McCormick Lane
Atherton  CA  94027


DataQuick
File 50261
Los Angeles  CA  90074-0261
```

```
David Jay Morgan  Inc
1900 O'Farrel St  Suite 190
San Mateo  CA  94403


David Lee
4962 El Camino Real
Los Altos  CA  94022


Day  Gary & Shirley
6909 Flat Creek Drive
Somerset  CA  95684


DCL LLC
PO Box 1928
Mountain View  CA  94042


DiBenedetto  Dean
2375 Spadafore Avenue
San Jose  CA  95125


Dean  Joyce
10341 Cherry Tree Lane
Cupertino  CA  95014


Decker  Gerald & Germaine
2439 Tamalpais Street
Mountain View  CA  94043
```

Degolia  Cheryl
1221 Cotton Street
Menlo Park  CA  94025


Delta Technologies
1601 Airport Freeway
Euless  TX  76040


DeNardi  Norman & Patricia
26966 W  Fremont Rd
Los Altos Hills  CA  94022


Department of Corporations
1515 K St  Suite 200
Sacramento  CA  95814


Department of Real Estate
PO Box 187002
Sacramento  CA  95818-7002


Design Studio Gordana LLC
302 Bryant St
Palo Alto  CA  94301


DiBenedetto  John
2375 Sapadafore Avenue
San Jose  CA  95125

Dierks  Anne Jennifer
c/o Guy DeJung
4213 Glen Haven Rd
Soquel  CA  95073


Dimanto  Grace
15370 La Rocca Drive
Morgan Hill  CA  95037


Dippery  Dan or Anita
455 Santa Rita Ave
Menlo Park  CA  94025


Dixon  Lisa
PO Box 1960
Elk Grove  CA  95759


DMV
PO Box 942897
Sacramento  CA  94297-0897


Dobratz  Carl CPA
2855 Mitchell Dr  Suite 101
Walnut Creek  CA  94598


Document Systems  Inc
20501 South Avalon Blvd SuiteB
Carson  CA  90746

Doss Law  A Law Corporation
2020 Main Street  Suite 950
Irvine  CA  92614-7223


Dougherty  Bruce
24561 Summerhill Court
Los Altos  CA  94024


Douglas Landscape
1891 Almaden Road  Ste  A
San Jose  CA  95124


DS Water of America  LP
PO Box 7126
Pasadena  CA  91109-7126


Dublin Volkswagen


Dublin Volkswagen
6085 Scarlett Court
Dublin  CA  94568


Dunn  Ronald
2019 Oberlin Street
Palo Alto  CA  94306


Dunn@Dunn
4701 Woodsman Loop
Placerville  CA  95667

East West Bank
135 N  Los Robles Avenue
7th Floor
Pasadena  CA  91101


Economy Bonds&Insurance Serv
PO Box 276165
Sacramento  CA  95827-6165


ECS Morgtage & Realty
2775 Middlefield Rd
Palo Alto  CA  94306


EDD
Central Collection Division  M
PO Box 8268880
Sacramento  CA  94280-0001


El Camnio Office Investments
2093 Landings Dr
Mountain View  CA  94043


ELV Construction  Inc
PO Box 4848
Salinas  CA  93912-4848


Embrey  Curtis
PO Box 1563
Lower Lake  CA  95457

Erickson  Majorie
1221 Sargent Drive
Sunnyvale  CA  94087


Express Rental Fence
PO Box 294
Santa Clara  CA  95052


EZ Electric
10636 Industrial Ave
Roseville  CA  95678


Falahati  Darioush & Shahnaz
1073 Lucot Way
Campbell  CA  95008-6408


Falzone  Stephen Michael
F & F Graphics
16994 Brierly Ct
Castro Valley  CA  94546


Fan  Carol
1296 Kapiolani Blvd  Apt 1906
Honolulu  HI  96814-2882


Fancher  Lyman and Dierks  Ann
4213 Glen Haven Rd
Soquel  CA  95073

```
Fancher  Lyman Eugene
4213 Glen Haven Rd
Soquel  CA  95073


Farhad  Shoushan
1254 Caggio Court
Campbell  CA  95008


Feitelberg  Phillip & Donna
2543 Somerset
Belmont  CA  94002


Feitelberg  Regina
1499 Oak Grove Avenue  Apt 303
Burlingame  CA  94010-3790


Fiddaman  Sharleen
2255 Webster Street
Palo Alto  CA  94301


Fidelity National Title Comp
601 Riverside Avenue
Jacksonville  FL  32204


Fine Steel Products  Inc
2956 Fenwick Way
San Jose  CA  95148
```

```
Fiorentino  Anthony
237 Loma Alta Avenue
Los Gatos  CA  95030


First American Title Company
1 First American Way
Santa Ana  CA  92707


First Security Loan
900 Mission Ave
San Rafael  CA  94091


Fitzgibbons Arnold & Company
PO Box 45520
25730 First St
Cleveland  OH  44145


Fogarty & Zell  LLP
198 Taylor Boulevard
Millbrae  CA  94030


Franchise Tax Board
PO Box 2952
Bankruptcy Unit
Sacramento  CA  95812-2952


Fridgen  Joseph
189 N  Bascom AVenue #200
San Jose  CA  95128
```

Franchise Tax Board
Bankruptcy Unit MS G-11
PO Box 2952
Sacramento  CA  95812-2952


Fullcircle Promotions  Inc
23715 Mercantile Rd  A-209
Beachwood  OH  44122


Gajewski  Wendy
603 Bainbridge St
Foster City  CA  94404


Gargiulo  Gloria & Franca
121 Las Brisas Drive
Monterey  CA  93940


Garza  Lazaro & Bridget
16951 Mitchell Avenue
Los Gatos  CA  95032


GCA Law Partners  LLP
1891 Landings Drive
Mountain View  CA  94043


Geise  Robert & Theresa
2735 Saint Giles Lane
Mountain View  CA  94040

Gershon  Ethel
445 N  California Avenue
Palo Alto  CA  94301


Ghannam  Robert & Amanda
19495 Eddington Place
Northville  MI  48167


Giacalone Design Service Inc
PO Box 397
Gilroy  CA  95021


Golden Associates
4400 Market Street
Oakland  CA  94608


Golden State Builders Exchange
8789 Auburn Folsom Rd  #c-327
Granite Bay  CA  95746


Gong  Magen
356 Monroe Drive
Palo Alto  CA  94306


Gonzales  John M
1750 Birchwood Drive
Sunnyvale  CA  94089

Gray   John M
10250 S  De Anza Blvd
Cupertino  CA  95014


Grayson   Mary
19951 Blythe Court
Saratoga  CA  95070


Greenhalgh   Marisha
112 Clifford Terrace
San Francisco  CA  94117


Greystone Plastering   Inc
980 Franguette
San Jose  CA  95125


GRL Drywall Company
2422 Delaware Ave
Redwood City  CA  94061


Gross   Paul
2452 Majorie Avenue
Eugene  OR  97408


Grossman   Stephanie
1121 Harriett Street
Palo Alto  CA  94301

Ha  Quang
2422 Glen Duff Way
San Jose  CA  95148


Hagemann   Gary
706 South Citron
Anaheim  CA  92805


Hahn  Jonathan
340 Sherwood Way
Menlo Park  CA  94025


Hamilton  Mary
856 Warfside Road
San Mateo  CA  94404


Hammond  Carl B
522 Old Mill Pond Rd
Los Gatos  CA  95033


Hand  Diane
814 B Cuesta Drive
Mountain View  CA  94040


Handcrafted Finishes By Friday
27180 Los Arboles Dr
Carmel  CA  93923

Hardy  Keith D
1992 Seascape Blvd
Aptos  CA  95003


Harlan  Ronald & Heidi
1955 Georgetta Drive
San Jose  CA  95125


Harris  Richard & Anne
316 Bella Vista Avenue
Los Gatos  CA  95032-5415


HCC
601 S  Figueroa St  Ste  1600
Los Angeles  CA  90017


Health Net
File # 55849
Los Angeles  CA  90074-5849


Heartwood Window & Doors
750 San Antonio Rd
Palo Alto  CA  94303


Hedges  Kyle
1838 Valparaiso Avenue
Menlo Park  CA  94025

Hensley Construction
145 Madrone Ave
Ben Lomond   CA   95005


Herron   Howard
228 Brookside Drive
Suisun City  CA  94585-2755


Hilgeman   Georgia
PO Box 2052
Los Gatos   CA   95031-2052


Ho   David & Grace
2250 Sonroe Street #277
Santa Clara   CA   95050


Ho   Genevieve
777 East Valley BLvd  #16
Alahambra    CA  91801


Ho   Lisa
3651 E  Curtis Drive
Sacramento  CA  95818


Ho   Richard
411 Dolores Street   Apt 1
San Francisco  CA  94110

Hoffman Row Group Inc
98 Del Monte Ave Ste 205
Monterey   CA  93940


Holland  Leslie
3790 Indio Way
Redding  CA  96002


Home Depot Credit Services
PO Box 6028
The Lakes  NV  88901-6028


Huang  Alice
12320 Page Mill Road
Los Altos  CA  94022


Hubert  Helen
1043 Oakland Avenue
Menlo Park  CA  94025


Hubert  Ruth
101 Alma Street #1003
Palo Alto  CA  94301


Humrich  Steve & Cathy
3218 Oak Knoll Drive
Redwood City  CA  94062

```
Hunt   Carol
3485 Alameda de las Pulgas #6
Menlo Park   CA   94025


Hunt   Dawn
675 Glenbrook Drive
Ione   CA   95640


Hunt   Deborah
395 Forest Acres Road
New London   NH   3257


Hunt   Ken
6556 Bennet Valley Road
Santa Rosa   CA   95404


HWA
5095 Lone Tree Way
Antioch   CA   94531-8016


Hwang   Jen-Di & Jyh-Ping
7180 Rainbow Drive
San Jose   CA   95129


Hwang   Jyh-Ping & Jen-Di
4091 Park Rd
Benicia   CA   94510
```

```
Hyatt   Karen
941 Michigan Avenue
San Jose   CA   95125


Iannuci   Frank R
21 N  Harrison Ave   Ste 210
Campbell   CA   95008


Iman   Berhanu
946 Iris Avenue
Sunnyvale   CA   94086


Imperial A I  Credit Companies
101 Hudson Street
33th Floor
Jersey City   NJ   7302


Infolane
1624 Franklin St   Suite 1102
Oakland   CA   94162


INSCO Insurance Serv    Inc
2999 Oak Road  #420
Walnut Creek   CA   94597


Insight Glass
4901 Park Road
Benecia   CA   94510
```

Insurance Office of Central OH
165 W  Main Street
PO Box 780
New Albany  OH  43054-0780


IOCO
165 West Main Street
PO Box 780
New Albany  OH  43054-0780


Internal Revenue Service
PO Box 21126
Philadelphia  PA  19114-0326


Internal Revenue Service
1160 W  12th Street
Ogden  UT  84201-0039


Internal Revenue Service
Spcecial Procedures
450 Goden Gate Ave PO Box36086
San Francisco  CA  94102


Internet Corporation Listing
303 Park Avenue S #1073
New York  NY  10010


Investors Prime Fund  LLC
4 Main Street  Suite 60-A
Los Altos  CA  94022

```
Isabelle Court LP
PO box 1928
Mountain View  CA  94042


J  M  Builders  Inc
650 Lincolon Ave
San Jose  CA  95126


J  Mills vs  JSW Financial Inc
c/o R  Gullen at Rossi Hamer
1960 The Alameda  Suite 200
San Jose  CA  95126


Janto  Jon
210 Southwood Dr
Scotts Valley  CA  95066


JC Heating & Air Conditioning
PO Box 1078
Soquel  CA  95073


Jennings  Margot
6523 California Ave  SW #415
Seattle  WA  98136


Jian  Kenneth
25298 Buckeye Drive
Castro Valley  CA  94552
```

Jian  Kenneth & Chu  Helina
16218 Calypso Court
San Leandro  CA  94578


Jiang  Shan He & Wen Sheng
1718 Hillman Avenue
Belmont  CA  94002


Jim Giancola Concrete  Inc
PO Box 362
Hollister  CA  95024


Jim Ward & Associates
PO Box 1928
Mountain View  CA  94042


Johansson  Nils
16450 Kennedy Road
Los Gatos  CA  95032


Jonah  Marilyn
3180 Brittan Avenue
San Carlos  CA  94070


Journey  Charles & Connie
1770 Glen Oaks Drive
Montecito  CA  93108

```
Journey  Kristine
1770 Glen Oaks Drive
Montecito  CA  93108


Journey  Samantha
1374 Fredericks Street
San Luis Obispo  CA  93405


JSW Financial Inc
PO Box 1928
Mountain View   CA  94042


Junk King
969 Industrial Rd  Suite F
San Carlos  CA  94070


Jurevicius  Joseph & Meagan
3310 Old Brainard Road
Pepper Pike  OH  44124


Kai  Nancy
482 West Sunnyoaks Avenue
Campbell  CA  95008


Kaiser Permanente
PO Box 939001
San Diego  CA  92193-9001
```

Kao  Cheng-Pai
212 Wiget Lane
Walnut Creek  CA  94598-3410


Kaul  Mahendra
13338 Loma Rica Drive
Grass Valley  CA  95945


Kaul  Sushila
8332 Hilltop Avenue
Vienna  VA  22182-5136


Kelley-Moore Paints Company
180 El Camino Real East
Mountain View  CA  94040


Khosh  Jim
801 Wooded Hills Court
Fremont  CA  94539


Khoshfekran  Zahra
801 Wooded Hills Court
Fremont  CA  94539


Khuri  Sami & Natalia
3677 Cabernet Vineyards Circle
San Jose  CA  95117

Killroy Pest Control
1175 Dell Ave
Campbell  CA  95008


Kobow  Louise J
1400 Clay St  Ste  100
Napa  CA  94559-9836


Kozak  John
1550 Stutter Street  Apt 310
San Francisco  CA  94109-5374


Kramar  Edward & Laura
317 Monclair Road
Los Gatos  CA  95032


Kramer  Nancy
718 Chimalus Drive
Palo Alto  CA  94306


Kramer  Pamela
11586 Ragan Way
Grass Valley  CA  95949


Kravitz  Jeff


Kretz  Charles & Georgina
4051 Vineyard Road
Novato  CA  94947

Kretz  Frederick
855 Oxford Avenue
Marina Del Rey   CA  90292


Kwok  Chi-Wai
1838 Valparaiso Avenue
Menlo Park  CA  94025


Lamberson  David
870 Old Farm Lane
Aptos  CA  95003


Laroy  James
700 Oak Knoll Lane
Menlo Park  CA  94025


Lashman  Mitchell
1764 Edgewood Road
Redwood City  CA  94062


Law Offices of Desmond B  Tuck
177 Bovet Rd  Suite 600
San Mateo  CA  94402-3122


Law Offices of Martin Goodman
Attn  Martin D  Goodman  Esq
456 California St   Ste  1300
San Francisco  CA  94104

Law Offices of Sharon C Wagner
2600 El Camino Real Suite 412
Palo Alto  CA  94306


LCIA
9828 Business Park Dr
Suite A
Sacramento  CA  95827


LeBlanc  Ingrid
29 Woodhill Drive
Redwood City  CA  94061-1826


LeBlanc  Maurice
29 Woodhill Drive
Redwood City  CA  94061


Lee Buffington  Tax Collector
San Mateo Country
555 County Center  1st Floor
Redwood City  CA  94063


Lee  Ben & Anne
614 Crested Cove Driv
Garland  TX  75040


Lee  David S
2570 W El Camino Real  Ste 500
Mountain View  CA  94040

```
Lee  Kalman
2271 Markham Avenue
San Jose  CA  95125


Lee  Kenneth
9455 Nesbit Lakes Drive
Alpharetta  GA  30022


Lee  Rebecca
1838 Valparaiso Ave
Menlo Park  CA  94025


Leonello LP
PO Box 1928
Mountain View  CA  94042


Levy  Donald & Harriet
14500 Fruitvale Avenue #6130
Saratoga  CA  95070


Lexus of Stevens Creek
3333 Stevens Creek Blvd
San Jose  CA  95117


Lexus of Stevens Creek
3333 Stevens Creek Boulevard
San Jose  CA  95117
```

Li  Der-Yu
13527 Toni Ann Place
Saratoga  CA  95070


Libien  Eva
2 Eucalyptus Knoll Street
Mill Valley  CA  94941


Ligh  Randy
189 N  Bascom Avenue Suite 200
San Jose  CA  95128


LightPoint
846 Santa Cruz Ave
Menlo Park  CA  94025


Listing Corp
305 W  Broadway Ave  Suite 118
New York  NY  10013


Litke O'Farrell  LLC
c/o R  Gullen at Rossi Hamer
1960 Alameda  Suite 200
San Jose  CA  95126


Liu  Howard
93 Sea View Avenue
Piedmont  CA  94611

Lloyd  Robert
223 Oak Court
Menlo Park  CA  94025


Locker  Edward & Cynthia
387 N  Stonehaven Drive
Cleveland  OH  44143


Lu  Sophia
1040 Wallace Place
City of Industry  CA  91784


M & B Plumbing Inc
1440 South Main S
Milpitas  CA  95035


MacLeod & Associates  Inc
965 Center St
San Carlos  CA  94070


Macy's
PO Box 8218
Mason  OH  45040


Magnolia Landscape
9865 Baldwin Dr
Santa Clara  CA  95051

```
Major  John
1915 Potreo Drive
San Jose  CA  95124


Major  Robert & Marcella
PMB 111  713 West Spruce Stree
Deming  NM  88030


Marketing Designs
850 Old County Rd
Belmont  CA  94002


Maroudas  George
15571 Linda Avenue
Los Gatos  CA  95032


Marrone  Matthew
15571 Linda Avenue
Los Gatos  CA  95032


Mauro  James
3095 Scioto Trace Road
Columbus  OH  43221


McClure  Lynne
PO Box J
Menlo Park  CA  94026
```

```
McCrudden  Daniel & Kathleen
441 Highcrest Drive
Wilmette  IL  60091


McGee  Lynda
3140 Peyton Road
La Verne  CA  91750


McKim  David M
1777 Borel Place  Suite 301
San Mateo  CA  94402


McPharlin  Linda
27 Preston Road
Woodside  CA  94062


Menlo College Athletics
1000 El Camnio REal
Atherton  CA  94027


Menlo Management Company
750 Menlo Avenue  Ste  250
Menlo Park  CA  94025


Miles  Kathleen
217 Sixteenth Avenue
Santa Cruz  CA  95062
```

```
Miller  Tod & Laurraine
16622 Toppling Way
Los Gatos  CA  95032


Mills  Christopher & Theresa
13365 McCulloch Avenue
Saratoga  CA  95070


Miner  Jeffrey
PO Box 2576
South Lake Tahoe  CA  96158


Monterey County
168 W  Alisal Street
2nd Floor
Salinas  CA  93901


Monterra Ranch Properties  LLC
PO Box 368
Montery  CA  93940


Morena  Michael
331 Paramount Drive
Milllbrae  CA  94030


Mozaffari  Mahmood
5810 Maracaibo Drive
San Jose  CA  95120
```

```
MS Engineering & Associates
2105 S  Bascom AVe  Suite 260
Campbell  CA  95008


Murphy  Estelle
850 Webster Street #631
Palo Alto  CA  94301


Nason  Charlene
437 Ellsworth Street
San Francisco  CA  94110


National Bank of Arizona
6001 N 24th St  Building B
Phoenix  AZ  85016


Negrin  David & Shirley
2433 Sharon Oaks Drive
Menlo Park  CA  94025


Nelson  Robert
516 Woodcres Drive
Mechanicsburg  PA  17050


Nezhad  Ray
10413 Torree Avenue
Suite 700
Cupertino  CA  95014
```

Nicholl  Michael R
30500 Winsor Dr
Bay Village  OH  44140


Nichols III  Andrew
27 Preston Road
Woodside  CA  94062-2637


Nielsen Architects
2510 Camino Diablo Rd  #201
Walnut Creek  CA  94597


Nielsen Architects  Inc
PO Box 1982
Orinda  CA  94563


Nielsen  Stan
2540 Camino Diablo Rd  #201
Walnut Creek  CA  94597


Niemeth  Roger & Lorna
19147 River Crest Drive
Anderson  CA  96007


Noble  Keith
14159 Baker Road
Madison  OH  44057-9535

Nordstrom
Credit Card Service Center
P O Box 13589
Scottsdale  AZ  85267


Northwestern Mutual Life Ins
Attn  Dan Moore
257 Covington Road
Los Altos  CA  94024


OfficeTeam
File 73484
PO Box 600000
San Francisco  CA  94160-3484


Old Republic Title Company
400 Second Avenue South
Legal Department
Minneapolis  MN  55401-2499


Olsen  David
3013 Wolsey Place
Fremont  CA  94555-1465


Olsman  Klaas
663 Fairway Blvd
Columbus  OH  43213


Olson  Marjorie
850 Webster Street #526
Palo Alto  CA  94301

```
Orcutt  Robert
PO Box 66102
Scotts Valley  CA  95066


Orser  Brian
1 Wild Flower Lane
Santa Cruz  CA  95065


Orser  Richard
1 Wild Flower Lane
Santa Cruz  CA  95065


Owen  Craig J
14305 Leigh Ave
San Jose  CA  95124


Oxfeldt  Elisabeth
12161 Hilltop Drive
Los Altos  CA  94024


Oxfeldt  Elisabeth
101 Montgomery ST
San Francisco  CA  94104


Oxfeldt  Kjeld
101 Montgomery St
San Francisco  CA  94104
```

Oxfeldt  Kjeld
13978 Amber Sky Lane
San Diego  CA  92129


Oxfeldt  Paul & Inger
12161 Hilltop Drive
Los Altos  CA  94024


Palo Alto Blueprint&Supply Co
332Lytton Ave
Palo Alto  CA  94301


Paychex
2527 Camino Ramon
San Ramon  CA  94583


Pensco Pension Services
450 Sansome St  14th Floor
San Francisco  CA  94111-3306


Pheasant  Jeanette
PO Box 97
Kilauea  HI  96754


Phillip J  Griego & Associates
95 South Market St  #520
San Jose  CA  95113

Pitney Bowes Inc
PO Box 856042
Louisville  KY  40285-6042


Pletschette  Emmett
802 Poker Flat Road
Copperopolis  CA  95228


Polycomp
3000 Lava Ridge Court
Suite 130
Roseville  CA  95661


Ponzini Insulaton  Inc
PO Box 1055
San Juan Bautist  CA  95045


Pravorne  Leila
3 Santo Domingo Drive
Rancho Mirage  CA  92270


Probst  David & Jaurie
1278 Collidge Avenue
San Jose  95125


Proceviat Designs
2284 Old Middlefield Way #11
Mountain View  CA  94043

ProTech
1208 Main St
Redwood City   CA   94063


Qi   Yao
696 Towle Way
Palo Alto   CA   94306


Quiring   Martha
691 Pamlar Avenue #c
San Jose   CA   95128


R   Haro Drafting & Planning
843 S   McGlincy Lane
Campbell   CA   95008


Rahn   J   Barry
50855 WAshington St   PMB 243
La Quinta   CA   92253


Ramos   Camille
777 San Antonio Road   #127
Palo Alto   CA   94303


Ramos   Danilo & Luzviminda
119 South Blvd   Apt #20
San Mateo   CA   94402

Raphael  Bertram & Anne
12820 Viscanio Road
Los Altos Hills  CA  94022


Re Infolink
300 Orchard City Dr  #100
Campbell  CA  95008


Reiswig  Jean
1245 E  Springfield Ave Apt 35
Reedley  CA  93654-3249


Ricoh
PO Box 105533
Atlanta  GA  30348--


Ricoh Americas Corporation
PO Box 6434
Carol Stream  IL  60197-6434


Ridgeline Framing Corporation
2141 Las Positas Court
Suite B
Livermore  CA  94551


Ridout  Pat
3731 Vineyard Ave
Pleasanton  CA  94566

Ringold  Gordon
12004 Adobe Creek Lodge Road
Los Altos Hills  CA  94022


RMB Enterprises
1212 P St
Sacramento  CA  95814


Robert C Davis Accountancy
641 Woods Creek Dr  Suite B
Sonora  CA  95370


Robert R  Rossi  Esq
1960 The Alameda  Ste  200
San Jose  CA  95126


Roberts  Michael
1983 Assunta Way
San Jose  CA  95124


Rolfes Engineering  Inc
1036 W  Robinhood Dr  Ste 201
Stockton  CA  95207-5627


Rosenberg  Joel
45190 Onondaga Drive
Fremont  CA  94539

Rosenberg  Louis & Annette
8224 Claret Court
San Jose  CA  95135


Rothschild  Matile
109 Lake Merced Hill  No  1C
San Francisco  CA  94132


Rucy's Cleaning Service
625 Lakehaven D
Sunnyvale  CA  94089


Rush  Louise
2510 Bush Street
San Francisco  CA  94115


Rushforth  Kim
921 Wheeler Court
Libertyville  IL  60048


S  Mayer vs JSW Financial Inc
c/o Leonard E  Marquez
1111 Broadway St   24FI
Oakland  CA  94607


Salinger  Dan
10370 Linscott Drive
Elk Grove  CA  95624

Salinger  Edward
3571 Buena Vista Drive
Shingle Springs  CA  95682


Salinger  Mark
9579 Andretti Way
Elk Grove  CA  95758


Salinger  William
3 Santo Domingo Dr
Rancho Mirage  CA  92270


San Francisco AssessorRecorder
1 Dr  Carlton B  Goodlett Plac
City Hall  Room 190
San Francisco  CA  94102-4698


San Francisco Lee FCU
945 Grant Ave
San Francisco  CA  94108


San Jose Blue
PO Box 189610
Sacramento  CA  95818-9610


Sathy  Michael & Lydia
1263 Richardson Avenue
Los Altos  CA  94024

Sautter  Barbara
320 Weed Avenue
Stamford  CT  6902


Santa Clara CtyAssc of Realtor
1651 North First St
San Jose  CA  95112


SCCPOA
PO Box 24948
San Jose  CA  95154


Scherner  Joanne
PO Box 53
Sorrento  ME  4677


Schoeholz & Spiegel  LLP
2033 N  Main Street #365
Walnut Creek  CA  94596


SDG Architects  Inc
3361 Walnut Blvd  Suite 120
Brentwood  CA  94513


Secretary of State
1500 11th Street
2nd & 3rd Floor
Sacramento  CA  95814

Securities & Exch  Commission
c/o Mark J  Fagel
44 Montgomery St   Suite  2600
San Francisco  CA  94104


Shan  Eric
13264 Glasgow Court
Saratoga  CA  95070


Shan  Hsin-Tsan Grace
13264 Glasgow Court
Saratoga  CA  95070


Shan  Ming-Chien
13264 Glasgow Court
Saratoga  CA  95070


Shan  Vivian
13264 Glasgow Court
Saratoga  CA  95070


Shanks  Hershel
5208-38th Street NW
Washington  DC  20015


Shen  Colette
5646 Bordley Drive
Houston  TX  77056

```
Shen  Katherine
5646 Bordley Drive
Houston  TX  77056


Shen  Sidney
5646 Bordley Drive
Houston  TX  77056


Sherin  Morton & Alba
16996 Frank Avenue
Los Gatos  CA  95032


Shields  Susan
5567 B Via Portora
Laguna Woods  CA  92637


Shocker  Allan
1 Baldwin Avenue #220
San Mateo  CA  94401


Shoreline Investment Fund  LLC
PO Box 1928
Mountain View  CA  94042


Shou  Jung
625 Barbara Way
Hillsborough  CA  94010
```

Siegrist  Johanna
39 Roslyn Avenue
San Carlos  CA  94070


Silicon Valley Assc of Realtor
19400 Stevens Creek Blvd
Ste  100
Cupertino  CA  95014


Silver  Anne
1951 Ofarrell Street  #204
San Mateo  CA  94403


Singer  J L
581 S  La Jolla Avenue
Los Angeles  CA  90048


Sir Speedy
1185 Tasman Dr
Sunnyvale  CA  94089


SisBro Decorative Plumbing
32 E  Campbell Ave
Campbell  CA  95008


SMP Engineers
1534 Carob Lane
Los Altos  CA  94024

Soares Lumber & Fencing  Inc
6630 Monterey Rd
Gilroy  CA  95020


Solk  Sol
784 Gailen Avenue
Palo Alto  CA  94303


Soong Soong
3680 C Stevens Creek Blvd
San Jose  CA  95117


Sorich  Mark
14614 La Rinconada Drive
Los Gatos  CA  95032


Souza  William & Madeline
2251 Coronet Drive
San Jose  CA  95124


Spencer  Tom
318 Hawthorne Ave
Palo Alto  CA  94301


Spokane Computer
915 West Second AVe
Spokane  WA  99201

St Charles Elize
121 Greendale Drive
Los Gatos CA 95032


St Francis Investment III
c/o Menlo Management Company
750 Menlo Avenue Ste 250
Menlo Park CA 94025


Stanford Track and Field
641 East Campus Dr
Stanford CA 94305


Stanley Autumn
241 Bonita Road
Portola Valley CA 94028-8103


Starkweather Painting Inc
Post Office Box 1398
Hollister CA 95024-1398


State Comp Insurance Fund
5880 Owens Drive
Pleasanton CA 94588


State of California
1500 11th Street
PO Box 944230
Sacramento CA 94244-2300

```
State of California
PO Box 944230
Sacramento  CA  94244


Stein & Lubin LLP
600 Montgomery St  14th Floor
Mountain Ranch  CA  94111


Stepp  George & Margaret
PO Box 11
Mountain Ranch  CA  95246


Stern  Frederick
7679 Helmsdale Drive
San Jose  CA  95135


Steve Babcock's Storypoles
523 Toyon Dr
Monterey   CA  93940


Stevens  Ferrone
&Bailey Engineering Comp  Inc
1470 Enea Circle  Suite 1551
Concord  CA  94520


Stever  Barbara
7940 E  Antelope Road
Eagle Point  OR  97524
```

Stewart Title Company
289 South San Antonio Rd
Ste  100
Los Altos   CA  94022


Stoner  Kim W
324 Oregon St
Santa Cruz  CA  95060


Stotler Design Group
6868 Santa Teresa Blvd  #B
San Jose  CA  95119


Stotler Design Group Inc
300 S  San Antonio Road
Los Altos   CA  94022


Strickland  Pam
2334 Vista Madera
Santa Barbara  CA  93101-3933


Struxture Construction  Inc
1 Locke Way Suite 100
Scotts Valley  CA  95066


Studebaker  David
518 Almer Road #4
Burlingame  CA  94010

Sukiennicki  Doris
223 Cowper Street
Palo Alto  CA  94301


Summit Bank Foundation
2969 Broadway
Oakland  CA  94611


Sun  Linda
12502 Parker Ranch Court
Saratoga  CA  95070


Sylvester  Gladys
691-C  Palmer Avenue
San Jose  CA  95128


Taketa  Miller  and Associates
1777 Hamilton Ave   Suite 202
San Jose  CA  95125


Tang  Shen-Tsan & Tsai-Chen
93 Sea View Avenue
Piedmont  CA  94611


Tanner  Karen
1411 Beringer Court
San Jose  CA  95125

Tanner  Karla
1381 Pinehurst Square
San Jose  CA  95117-3653


Tao  Eddy & Lily
948 Cherry Glen Terace
Fremont  CA  94536-4255


Tao  Zhong & Wenjing
755 Seawood Way
San Jose  CA  95120


Tax Collector  Santa Clara Cty
County Government Ctr
East Wing  70 W  Hedding St
San Jose  CA  95110-1767


Tay  Aun-Pei
7950 McClellan Road #3
Cupertino  CA  95014


Tay  Aun-Rhen
7950 McClellan Road #3
Cupertino  CA  95014


Tay  Soo
7950 McClellan Road #3
Cupertino  CA  95014

```
Tay  Yick
7950 McClellan Road #3
Cupertino  CA  95014


Teledynamic Communcations  Inc
3501 Breakwater Ave
Hayward  CA  94545


The Cabana Hotel
4290 El Camino Real
Palo Alto  CA  94306


The Chesire Cat Catering
PO Box 31013
San Francisco  CA  94131-0013


The Hartford
PO BOX 2917
Hartford  CT  06104-2917


The Hiller Aviation Museum
601 Skyway Rd
San Carlos  CA  94070


The Hylant Group  Inc
PO Box 318087
Independence  OH  44130
```

Thoits Insurance
160 W  Santa Clara St
12th Floor
San Jose  CA  95113


Thomas Scherer Associates
Box 68
Aptos  CA  95001


Thomson  Frances
4090 El Cerrito Road
Palo Alto  CA  94306


Tieber  Alois
1336 Cerro Verde
San Jose  CA  95120-4905


Tieber  Lou
5504 Camden Ave  #C8
Palo Alto  CA  94306


Tomassini  Tim
Former CD Employee
PO Box 5837
Carmel  CA  93921


Tong  Der-Shin
2277 16th Avenue
San Francisco  CA  94116

Topping Way LP
PO BOX 1928
Mountain View  CA  94042


Total Media Concepts  Inc
1169 Chess Dr  Suite F
Foster City  CA  94404-1120


Toyota Motor Credit Co
4000 Executive Pkwy
San Ramon  CA  94583


Troidl  Marie & Matthew
45 Pepper Drive
Los Altos  CA  94022


Troidl  Tiffany
1 Hanson Place  Unit 12G
Brooklyn  NY  11243


Trujillo  Sonia
c/o John Gonzales
1750 Birchwood Drive
Sunnyvale  CA  94089


Truong  Tom
4400 Market St
Oakland  CA  94608

Tsai  Douglas
788 Loyalton Drive
Campbell  CA  95008


Tsai  Rose
20103 Miljevich Drive
Saratoga  CA  95070


U S  Bank
PO Box 790408
St  Louis  MO  63179-0408


Underwood  Robert
223 Cowper Street
Palo Alto  CA  94301


United Site Services
3408 Hillcap Ave
San Jose  CA  95136


US Attorney
650 Capital Mall  #3305
Sacramento  CA  95814


US Attorney General
10th St  & Constitution Ave HW
Dept  of Justice Tax Div
Washington  DC  20530

US Department of Justice
950 Pennsylvania Ave  HW
Washington  DC  20530


US Department of Justice
POBox 683 Ben Franklin Station
Attorney General Civil
Washington  DC  20044


Valentine  Laurae
318 HAwthorn Ave
Palo Alto  CA  94301


Van  Linh Ngoc
189 N  Bascom Ave   #200
San Jose  CA  95128


Vanished Children's Alliance
991 West Hedding St
Ste 101
San Jose  CA  95126


Verrips Construction Inc
1987 Bonifacio St
Concord  CA  94520


Vetter  Jack
500 Bahr Dr
Ben Lomond  CA  95005

Vigil   Ramon G
1727 Alturas Circle
Salinas   CA  93906


Vilas   Jose
814 B   Cuesta Drive
Mountain View   CA  94040


Vuong   Tuyen
2422 Glen Duff Way
San Jose  CA  95148


VW Credit Leasing
1401 Franklin Blvd
Libertyville   IL  60048


Wachovia Mortgage
PO Box 60505
City of Industry   CA  91716-0505


Walker   Donald & Carol
13345 McCulloch Ave
Saratoga  CA  95070


Walker   Richard
2965 Princeton Avenue
Stockton   CA  95204-2646

```
Wang  Alvin
13425 Surrey Lane
Saratoga  CA  95070


Wang  Gloria
1084 DiNapoli Drive
San Jose  CA  95129


Wang  Grace
12473 Titus Avenue
Saratoga  CA  95070


Wang  Johnson
1084 DiNapoli Dr
San Jose  CA  95129


Wang  Samuel & Ginger
1084 DiNapoli Drive
San Jose  CA  95129


Wang  Shue-Hui
7150 Rainbow Drive #14
San Jose  CA  95129


Wangbickler  Arthur (Mr &Mrs )
145 El Altillo
Los Gatos  CA  95032
```

```
Ward  James & Julie
617 Winter Road
Delaware  OH  43015


Ward  Kelli
4 Eagle Rock Road
Mill Valley  CA  94941


Ward  William
1450 Buckeye Circle
Salem  OH  44460


Warren  Larry & Patti
13095 Colony Avenue
San Martin  CA  95046-9450


Wayne H  Thomas Consulting
360 Everett Ave  Apt  2B
Palo Alto  CA  94301


Webber  Dawn H
PO Box 6293
Indianapolis  IN  46206-6293


Wei  Anna
4411 Winterberry Court
Concord  CA  94521
```

Weil  Alexis
1237 18th Avenue E
Seattle  WA  98112


Weil  Marsha
3425 Cowper St
Palo Alto  CA  94306


Weil  Roman
5807 S  Woodlawn Avenue
Chicago  IL  60637


Wensley  Lori
2180 Greenbridge Drive
El Sobrante  CA  94803


Werner  George
7015 NW Larch Ct
Redmond  OR  97756-7318


Werner  George & Lee
754 Casswood Court
San Jose  CA  95120


Wesley  Matthew
1256 Glenwood Drive
San Jose  CA  95125

Wesley  Patricia
1267 Maple Street
Lake Oswego  OR  97034


West Valley Arborists
PO box 162
Campbell  CA  95009


Westamerica Bank
2999 Douglas Blvd  Suite 155
Cus  FBO Robert Conlon
Roseville  CA  95661


Westamerica Bank Cus  FBO
Polycomp Admin  Services
2999 Douglas Blvd  Suite 155
Roseville  CA  95661


Western Sierra Bank FBO
2999 Douglas Blvd  Suite 155
Keith Noble IRA
Roseville  CA  95661


Williams  Paul & Jean P
2753 Comstock Circle
Belmont  CA  94002


Williams  Scott & Sharon
3180 Scriver Street
Santa Cruz  CA  95062

```
Wilson  Beth
120 Granada Drive #10
Mountain View  CA  94043


Wisely  Carol
12929 NE 71st Street
Kirkland  WA  98033


Wishner  Richard
1551 Awalt Court
Los Altos  CA  94024-5859


Wolfe  Jeffrey
3865 Piccadilly Drive
Reno  NV  89509


Workman  James
35 Delmar Street
San Francisco  CA  94117


Wu  Benjamin & Anna
327 San Carlos Avenue
Piedmont  CA  94611


Wu  James & Eva
115 Wildwood Gardens
Piedmont  CA  94611
```

Wu  Jessica
20090 Edinburgh Drive
Saratoga  CA  95070


Wu  Louis
36 Dudley Court
Piedmont  CA  94611


Wu  Paul
20090 EdinBurgh Drive
Saratoga  CA  95070


Yang  Sophia
19937 Scotland Drive
Saratoga  CA  95070


Yin  David
13527 Toni Ann Place
Saratoga  95070  95070-4853


Yin  Mingtang
13547 Toni Ann Place
Saratoga  CA  95070-4853


Yu  Andrew
3528 West Lake Drive
Martinez  GA  30907

Yu  Celia
3528 West Lake Drive
Martinez  GA  30907


Zhang  Guangsheng
696 Towle Way #33
Palo Alto  CA  94306


Zhu  Eric
2792 Maria Street
Pleasanton  CA  94588


Zimmerman  Joan
109 Lake Merced Hill  No  1C
San Francisco  CA  94132


Zona  Theresa & Constance
12148 Lavita Way
Boynton Beach  FL  33437

Abel  et al  v  JSW  et al
c/o James R  Walsh  Esq
250 Lafayette Cir   Ste  107
Lafayette  CA  94549


Bank of Omaha
1620 Dodge Street
Omaha  NE  68197


California Bank Trust
700 West El Camino Real
Mountain View  CA  94040


Chiles and Prochnow  LLP
Ken Prochnow
2600 El Camino Real  Ste  412
Palo Alto  CA  94306


CitiBusiness Card
PO Box 6415
The Lakes  NV  88901-6415


HCC
601 S  Figeroa St   Suite 1600
Los Angeles  CA  90017


Home Depot Credit Services
PO Box 183175
Columbus  OH  43218-3175

Indemnity Company of CA
17780 Fitch
Irvine  CA  92614


J  Mills vs JSW Financial Inc
c/o R  Gullen of Rossi Hamer
1960 Alameda  Suite 200
San Jose  CA  95126


Litke O'Farrell  LLC
c/o Rossi Hamerslough
1960 Alameda  Suite 200
San Jose  CA  95126


Long & Levit LLP
465 California St  Suite 500
San Francisco  CA  94104


Palo Alto Medical Foundation
PO Box 60000 (File No  74003)
San Francisco  CA  94160-0001


S  Mayer vs  JSW Financial Inc
c/o Leonard E  Marquez
1111 Broadway St  24FI
Oakland  CA  94607


SB Capital
4 Main Street
Los Altos  CA  94022

Toyon Group  LP
PO Box 1928
Mountain View  CA  94042


Wells Fargo
PO Box 14157
Des Moines  IA  50306


Wells Fargo
PO Box 31557
Billings  MT  59107


Wells Fargo Bank
P O  Box 14517
Des Moines  IA  50306


Wells Fargo Bank
P O  Box 31557
Billings  MT  59107